| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **First Quality Laboratory Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Beckman Coulter CH 10164 P.O Box 8600 Palatine, IL 60055-0164 | | | | | | $542,439.44 |
| Berger Commercial Realty (SPG) 11350 Interchange Cr Miramar, FL 33025 | | | | | | $66,779.40 |
| Cardinal Health 7200 Cardinal Place Dublin, OH 43017 | | | | | | $17,890.91 |
| DiaSorin P.O. BOX 735978 Dallas, TX 75373 | | | | | | $34,021.02 |
| Dimesan USA. INC. 1609 NW 143 rd. Way. Hollywood, FL 33028 | | | | | | $70,527.53 |
| Henry Salazar cra 4870-188 apto 800 colombia-barranquilla | | | | | | $45,710.83 |
| HENRY SCHEIN Box 371952 | | | | | | $19,302.67 |
| HHS Stimulus Loan | | | | | | $76,000.00 |
| Instafunders | | | | | | $20,469.67 |
| LabCorp MARCADIS SINGER,PA TRUST PO Box 12140 Burlington, NC 27216-2140 | | | | | | $91,666.37 |

Debtor  **First Quality Laboratory Inc.**                                                     Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lucky Green Investment LLC<br>20861 JOHNSON STREET, UNIT 103<br>Hollywood, FL 33029 | | | | | | $11,228.27 |
| Michael Garcia Attorney at Law<br>888 se 3rd ave ste 400 D<br>Fort Lauderdale, FL 33316 | | | | | | $28,685.55 |
| Red Hawk Funding | | | | | | $20,666.00 |
| Red Seal World Co.<br>682 NW 101st Terrace<br>Pompano Beach, FL 33071 | | | | | | $21,484.82 |
| Rick Case Honda<br>15700 Rick Case Honda Way<br>Fort Lauderdale, FL 33331 | | | | | | $42,208.90 |
| Roche Diagnostics Corporation<br>PO Box 105046<br>Atlanta, GA 30348 | | | | | | $27,178.66 |
| Shirley Castrillo<br>18205 nw 73 ave Apt 101<br>Hialeah, FL 33015 | | | | | | $17,400.00 |
| Small Business Administration | | | | | | $535,732.87 |
| Small Business Administration<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203 | | | | | | $157,845.00 |
| Teo Rondon | | | | | | $13,484.07 |