UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE                                                                    CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,    Chapter 11

    Debtor.

_____/

**DEBTOR'S *EX PARTE* MOTION TO EXTEND
DEADLINE TO CURE FILING DEFICIENCIES**

FIRST QUALITY LABORATORY, INC., the debtor and debtor-in-possession, requests an *ex parte* Order extending any and all filing deficiency deadlines, including filing the remaining schedules, for 10 days, through and including December 18, 2023, and states:

1.    The Debtor filed its Chapter 11 petition on December 4, 2023.

2.    The Debtor is working to open its DIP bank account, gather its various insurance policies, finalize its fairly extended creditors matrix, and prepare a short-term operating budget. The Debtor also had to handle certain post-petition creditor activity inconsistent with the automatic stay imposed by § 362.

3.    The Debtor's counsel had to draft and file an appellant's initial brief in the United States Second Circuit Court of Appeal due yesterday. The Court may appreciate preparing a circuit level appellate brief is the mother of all black holes for consuming attorney time.

WHEREFORE, the Debtor respectfully requests an Order granting a 10-day extension through and including December 18, 2023, to cure any and all filing deficiencies

and any further legal and equitable relief as may be appropriate under the circumstances. to facilitate the Debtor's reorganization.

        Respectfully submitted,
        AM LAW, LLC
        Counsel for Debtor, First Quality Laboratory, Inc.
        10743 SW 104th Street
        Miami, FL 33176
        PH: 305.441.9530
        FX: 305.595.5086
        Email: gmm@amlaw-miami.com
        Sec. Email: pleadings@amlaw-miami.com

        BY: /s/ Gary Murphree
             Gary M. Murphree, Esq.
             FBN: 996475

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the above foregoing was electronically served through CM/ECF Portal to all parties registered to receive such notice on December 8, 2023.

/s/ Gary Murphree