

ORDERED in the Southern District of Florida on December 14, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.                      Chapter 11 Proceeding

          Debtor.                              /

### AGREED ORDER GRANTING SUBCHAPTER V TRUSTEE'S AGREED *EX PARTE* MOTION TO REQUIRE DEBTOR TO ESCROW SUBCHAPTER V TRUSTEE FEES AND EXPENSES

THIS MATTER came before the Court upon Soneet R. Kapila, Subchapter V Trustee's Agreed *Ex Parte* Motion to Require Debtor to Escrow Subchapter V Trustee Fees and Expenses (the "Motion") [ECF 14]. The Motion seeks the entry of an Order requiring the Debtor to escrow, monthly, a minimum of $1,000 per month, for the Trustee's fees and expenses from December 2023, through the month of confirmation.

The Court has examined the Motion and notes that the Debtor has agreed to the relief sought by the Motion. The Court finds that sufficient notice to creditors and other parties in interest has been given. Accordingly, it is,

**ORDERED**

1. The Trustee's Motion is Approved.

2. The Debtor is required to budget $1,000 per month, through and including the month of plan confirmation, for the Subchapter V Trustee's fees.

3. The Debtor is required to deposit within 10 days $1,000 per month into Debtor's counsel's trust account, with the initial payment to fund the month of December 2023. Such funds would be dedicated for payment of the Subchapter V Trustee's fees upon court approval.

###

Copies furnished to:
Soneet R. Kapila, Subchapter V Trustee
PO Box 14213
Fort Lauderdale, FL 33302
Phone: 954-761-8707
Fax: 954-761-1033
Email: Trustee@kapilatrustee.com

The Trustee shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).