UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:                                                                                          CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,                                    Chapter 11
      Debtor.
_____/

## DEBTOR IN POSSESSION'S APPLICATION FOR EMPLOYMENT OF BOOKKEEPER

FIRST QUALITY LABORATORY, INC., the debtor and debtor-in-possession, respectfully requests entry of an Order authorizing the employment of Lili Esperanza Castro Ospitia ("Bookkeeper"), as Bookkeeper in this matter and states:

1. On November 30, 2023, the debtor filed a voluntary petition under Subchapter V Chapter 11 of the United States Bankruptcy Code.

2. The debtor desires to retain Bookkeeper to provide accounting services including assisting the Debtor as may be necessary to prepare financial projections in this matter.

3. The debtor believes that Bookkeeper is competent to provide the debtor with the necessary assistance.

4. To the best of the debtor's knowledge, the Bookkeeper does not have any connection with the creditors or other parties in interest or their respective attorneys.

5. Attached to this motion is the affidavit of the Bookkeeper showing that he is disinterested as required by 11 U.S.C §327(a) and a verified statement, as required under Bankruptcy Rule 2014.

6.      The fees and costs of the Bookkeeper will be paid by ordinary business income received by Debtor.

**WHEREFORE** the Debtor respectfully requests an Order authorizing retention of the Bookkeeper pursuant to 11 U.S.C. §§327 and 330.

**I CERTIFY** that a copy of the foregoing was served upon all Registered Users via the Court's Notice of Electronic Filing attached hereto that I am admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 December 14, 2023.

        AM LAW, LLC
        Counsel for the Debtor
        7385 SW 87th Avenue, Suite 100
        Miami, FL 33173
        PH:  305.441.9530
        FX:  305.595.5086
        gmm@amlaw-miami.com
        By:/s/ *Gary Murphree*              /
           Gary M. Murphree, Esq.
           FBN: 996475
           Brandy Abreu, Esq.
           FBN: 017685

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:                                           CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,                  Chapter 11
    Debtor.
_____/

### AFFIDAVIT OF PROPOSED BOOKEEPER FOR DEBTOR IN POSSESSION

STATE OF FLORIDA           )
                           ) ss
COUNTY OF MIAMI-DADE       )

Lili Esperanza Castro Ospitia, being duly sworn, says:

1. I am a bookkeeper, who renders services for the Debtor.
2. I have offices located at 13#79C 11, Bogota, Colombia.
3. I do not represent any interest adverse to the debtor, or the estate, and I am a disinterested person as required by 11 U.S.C. §327(a).
4. Disclose any connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee as required by Bankruptcy Rule 2014: none.
5. Except for the continuing representation of the debtor, I have not nor will I represent any other entity in connection with this case and I will not accept any fee from any other party or parties in this case, except the debtor in possession. Except as stated in the application the undersigned is requesting permission to also represent the Debtor in this matter.
6. State any additional exceptions including any prepetition fees owed and whether those fees are being waived: none.

FURTHER AFFIANT SAYETH NAUGHT.

1

Document ID: 3b6161c72fc0a4241b09a7503cac278e2d645e6d45cb135845f82fa76c4f5b9d

*Lili Esperanza Castro Ospitia*
---
Lili Esperanza Castro Ospitia
Calle 13#79C 11
Bogota, Colombia

STATE OF ____Virginia____

COUNTY OF ____Norfolk____

Subscribed, sworn, and acknowledged before me by means of [ ] physical presence or [x] online notarization, by Lili Esperanza Castro Ospitia, who is [ ] personally known to me or [x] produced ____Driver's License____ as identification on ____December 14th____, 2023.

```
Crystal Lane Johnson
Electronic Notary Public
Commonwealth of Virginia
Registration No. 7978798
My Commission Expires 06/30/2026
```

_[signature]_
---
Notary Public - State of ____Virginia____
I was commissioned a notary public as Crystal Lane Johnson
My commission expires: 06/30/2026
Commission #: 7978798
Remotely Notarized online using two-way audio and video Communication

2

Document ID: 3b6161c72fc0a4241b09a7503cac278e2d645e6d45cb135845f82fa76c4f5b9d