# United States Bankruptcy Court
## Southern District of Florida

In re   **First Quality Laboratory Inc.**                                    Case No.   **23-19831-PDR**
                                Debtor(s)                                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Luz F. Garcia<br>2173 Pearl Cider Street<br>Orlando, FL 32824 | | | 50% Ownership |
| Maria M. Garcia<br>7437 NW 98th Avenue<br>Miami, FL 33178 | | | 50% Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 17, 2023**                    Signature   **/s/ Luz F. Garcia**
                                                            Luz F. Garcia

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders