UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE                                                         CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,    Chapter 11

    Debtor.

_____/

**DEBTOR'S *EX PARTE* MOTION TO EXTEND
DEADLINE TO CURE FILING DEFICIENCIES**

FIRST QUALITY LABORATORY, INC., the debtor and debtor-in-possession, requests an *ex parte* Order extending any and all filing deficiency deadlines, including filing the remaining schedules, for 5 days, through and including December 22, 2023, and states:

    1.    The Debtor filed its Chapter 11 petition on December 4, 2023.

    2.    The Debtor has opened its DIP bank account but is still gathering its various insurance policies, finalizing its fairly extended creditors matrix, gathering additional bank statements, and preparing a short-term operating budget.  The Debtor also had to handle certain post-petition creditor activity inconsistent with the automatic stay imposed by § 362.

WHEREFORE, the Debtor respectfully requests an Order granting a 5-day extension through and including December 22, 2023, to cure any and all filing deficiencies and any further legal and equitable relief as may be appropriate under the circumstances. to facilitate the Debtor's reorganization.

Respectfully submitted,
AM LAW, LLC
Counsel for Debtor, First Quality Laboratory, Inc.
10743 SW 104th Street
Miami, FL 33176
PH: 305.441.9530
FX: 305.595.5086
Email: gmm@amlaw-miami.com
Sec. Email: pleadings@amlaw-miami.com

BY: /s/ Gary Murphree
     Gary M. Murphree, Esq.
     FBN: 996475

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the above foregoing was electronically served through CM/ECF Portal to all parties registered to receive such notice on December 18, 2023.

/s/ Gary Murphree