

ORDERED in the Southern District of Florida on December 20, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE                                                    CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,    Chapter 11
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO EXTEND DEADLINE TO CURE FILING DEFICIENCIES

THIS MATTER came before the Court without a hearing on the Debtor's *Ex Parte* Motion to Extend Deadline to Cure Filing Deficiencies (DE #23). For the reasons stated in the Motion, it is ORDERED that the deadline for filing the initial documents in a Chapter 11 case, including filing bankruptcy schedules, is extended through and including December 22, 2023.

###

**Submitted by**: Debtor's counsel, Gary Murphree, Esq., AM Law 10743 SW 104th Street, phone no. 305.441.9530, email pleadings@amlaw-miami.com.  Attorney Murphree is directed to serve this Order and file an appropriate certificate of service.