12/21/23  9:56AM

**Fill in this information to identify the case:**

Debtor name   **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **23-19831-PDR**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ _____1,389,833.89

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ _____1,389,833.89

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____543,824.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$ _____2,427,402.89

4.    Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b    |    $ _____2,971,226.89

12/21/23  9:56AM

**Fill in this information to identify the case:**

Debtor name    **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-19831-PDR**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking - Operating** | **1874** | **$9,503.79** |
| 3.2. | **TD Bank** | **Checking - Operating** | **9331** | **$0.00** |
| 3.3. | **TD Bank** | **Checking - Operating** | **0840** | **$0.00** |
| 3.4. | **TD Bank** | **Checking - Operating** | **9798** | **$0.00** |
| 3.5. | **TD Bank** | **Checking - Operating** | **9821** | **$0.00** |
| 3.6. | **Wells Fargo Bank** | **Checking - Operating** | **8787** | **$0.00** |

12/21/23  9:56AM

Debtor  **First Quality Laboratory Inc.**
_____
Name

Case number *(If known)*  **23-19831-PDR**

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $9,503.79 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Deposit for Lease Commercial Warehouse**
**20861 Johnson Street**
**Suite 117 & 118**
7.1.  **Pembroke, Pines, FL 33029**

|  |
|---|
| $58,860.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| $58,860.00 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | 117,702.56 | - | 0.00 | =.... | $117,702.56 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| $117,702.56 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:              % of ownership | | |
| 16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |

12/21/23  9:56AM

| Debtor | **First Quality Laboratory Inc.** | Case number *(If known)* | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

Describe:

16.1. **Hudson Insurance Company**
**State of Florida, Agency for Health Care Administration for**
**Medical Provider**
**Bond Number: xxxx9154**   **$50,000.00**

17. **Total of Part 4.**   **$50,000.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment and furniture** | $0.00 | | $39,499.00 |
| **Computer Software for the Medical Industry** | Unknown | | $27,619.15 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**   **$67,118.15**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **First Quality Laboratory Inc.** | Case number *(If known)* **23-19831-PDR** |
|---|---|---|
| | Name | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Toyota Corolla Silver;   Vin 5YFBURHE4JP798527 .Titled under Luz Fernanda Garcia. Lease** | $0.00 | | $25,000.00 |
| 47.2.  **2023 Honda Accord Gray Vin 1HGCY1F25PA004278   -titled under Luz Fernanda Garcia/lease** | $0.00 | | $53,391.52 |
| 47.3.  **Honda HRV Green Vin 3CZRZ1H53PM726648 Titled under Maria Mercedes Garcia/lease.** | $0.00 | | $36,575.71 |
| 47.4.  **2017 Mercedes Benz Gray Vin 4JGDA5HB1HA994726. Titled under Maria Mercedes Garcia's name. Lease.** | $0.00 | | $35,000.00 |
| 47.5.  **2023 Honda Accord Gray VIN iHGCY1F25PA004600 titled under luz fernanda garcia/lease** | $0.00 | | $54,233.20 |
| 47.6.  **2022 Honda Pilot Gray Vin 5FNYF5H93NB006577. Titled under maria Mercedes Garcia/lease.** | $0.00 | | $51,327.64 |
| 47.7.  **2021 BMW X3 SDRIVE31  VIN 5UXTY3CO2M9F99327** | $0.00 | | $34,995.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Medical Equipment** | $0.00 | | $260,269.00 |
|---|---|---|---|---|

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $550,792.07 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

12/21/23  9:56AM

| Debtor | **First Quality Laboratory Inc.** | Case number *(If known)* **23-19831-PDR** |
|---|---|---|
| | Name | |

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease for Commercial Warehouse 20861 Johnson Street Suite 117 & 118 Pembroke Pines, FL 33029-1927** | **Lease for Commercial Warehouse** | $0.00 | | $0.00 |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites Go Daddy Wix Website** | $0.00 | | $0.00 |

Debtor    **First Quality Laboratory Inc.**                    Case number *(If known)*  **23-19831-PDR**
Name

| 62. | **Licenses, franchises, and royalties**<br>**State of Florida, Agency for Health Care**<br>**Administration for Medical Provider** | $0.00 | | $0.00 |
|---|---|---|---|---|
| | **State of Florida Department of Health in**<br>**Broward County - Operating Permit for**<br>**Biomedical Waste and Clinical Laboratory** | $0.00 | | $0.00 |
| | **Center for Medicare & Medicaid Services -**<br>**Clinical Laboratory Improvements**<br>**Amendments, Certification of Accredication**<br>**for the following:**<br>**Bacteriology, Mycology, Parasitology,**<br>**Virology, Syphilis Serology, General**<br>**Immunology, Routine Chemistry, Urinalysism**<br>**Endocrinology, Toxicology, Hemoptology and**<br>**ABO & RH Group** | $0.00 | | $0.00 |
| | **Clinical Laboratory Accreditation**<br>**COLA Identification: xx8091** | $0.00 | | $0.00 |
| | **City of Pembroke Pines - Local Business Tax**<br>**Certificate for Medical Laboratory** | $0.00 | | $0.00 |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |
|---|
| **Current value of**<br>**debtor's interest** |

Debtor    **First Quality Laboratory Inc.**                                      Case number *(If known)*  **23-19831-PDR**
          <sub>Name</sub>

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Medical equipment Beckman Chemistry AU680**                                        $181,410.39

       **Leasehold Improvements**                                                            $31,532.00

       **Medical equipment Beckman Microscan W40 Microbiolo**                                $89,660.68

       **Medical equipment Beckman Unicel DX600**                                           $233,254.25

78.    **Total of Part 11.**                                                         | $535,857.32 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **First Quality Laboratory Inc.**
Name

Case number *(If known)*  **23-19831-PDR**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,503.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $58,860.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $117,702.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $50,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $67,118.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $550,792.07 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $535,857.32 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,389,833.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,389,833.89 |

**Fill in this information to identify the case:**

Debtor name   **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **23-19831-PDR**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Beckman Coulter**<br>Creditor's Name<br><br>**CH 10164 P.O Box 8000**<br>**Palatine, IL 60055-0164**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Medical equipment Beckman Chemistry AU680**<br><br>Describe the lien<br>**Medical Equipment Lease** | **$543,824.00** | **$181,410.39** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$543,824.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

12/21/23  9:56AM

**Fill in this information to identify the case:**

Debtor name  **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **23-19831-PDR**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399-0100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notification Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notification Purpose**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notification Purpose**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.4**

Priority creditor's name and mailing address

**US Department of the Treasury
Bureau of the Fiscal Service
PO Box 1686
Birmingham, AL 35283-0794**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notification Purpose**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**

Nonpriority creditor's name and mailing address

**American Express**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,699.63**

---

**3.2**

Nonpriority creditor's name and mailing address

**American Proficiency Institute
1159 Business Park Dr,
Traverse City, MI 49686**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,191.00**

---

**3.3**

Nonpriority creditor's name and mailing address

**Beckman Coulter
CH 10164
 P.O Box 8600
Palatine, IL 60055-0164**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$542,439.44**

---

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,779.40 |
|---|---|---|---|

**Berger Commercial Realty (SPG)**
**11350 Interchange Cr, North**
**Miramar, FL 33025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.00 |
|---|---|---|---|

**Beriche Designs Corp (Magi)**
**7771 NW 7th Street**
**Apt. 206**
**Miami, FL 33126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.51 |
|---|---|---|---|

**Biomerieux**
**PO Box 500308**
**St.Louis, MO 63150-0308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.75 |
|---|---|---|---|

**BMCA International Corp.**
**13321 SW 132 Ave Suite 5**
**Miami, FL 33186**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,890.91 |
|---|---|---|---|

**Cardinal Health**
**7200 Cardinal Place**
**Dublin, OH 43017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,700.00 |
|---|---|---|---|

**Cordero CPA**
**3901 NW 79th Ave Suite 223**
**Miami, FL 33166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Culligan Water**
**11540 Interchange Circle North**
**Hollywood, FL 33025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

12/21/23  9:56AM

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**Diego Florez Ponton**
**2450 NE 135 Street Apt 404**
**Miami, FL 33181**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,800.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Dimesan USA, INC.**
**1609 NW 143rd Way**
**Pembroke Pines, FL 33028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney's fees**

Is the claim subject to offset? ■ No ☐ Yes

**$78,915.55**

---

**3.13** | Nonpriority creditor's name and mailing address
**Dr. Alicia C Hirzel**
**1400 NW 12th Avenue**
**Miami, FL 33136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$2,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**EBS (Copiers) Inc.**
**8351-8353 NW  54th St.**
**Miami, FL 33166**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,322.69**

---

**3.15** | Nonpriority creditor's name and mailing address
**Eduardo Aleman**
**3567 W 106 Teerr**
**Hialeah, FL 33018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,200.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Eduardo Figueredo**
**8309 SW 142 Ave Apt H-208**
**Miami, FL 33183**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$964.02**

---

**3.17** | Nonpriority creditor's name and mailing address
**Enticing Corporation Inc.**
**14201 NW 19th Street.**
**Miami, FL 33183**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,488.05** |
|---|---|---|---|

**EPITOPE DIAGNOSTIC, INC**
**7110 Carroll Road**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,865.00** |
|---|---|---|---|

**FLA Cleaning Solutions**
**12200 NW 7TH TRR**
**Miami, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$684.82** |
|---|---|---|---|

**Hardy Diagnostic**
**1430 West McCoy Lane**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,155.41** |
|---|---|---|---|

**Healthcare Enviromental Services**
**8496 NW 61 Street**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,710.83** |
|---|---|---|---|

**Henry Salazar**
**cra 4870-188 apto 800**
**colombia-barranquilla**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,302.67** |
|---|---|---|---|

**Henry Schein Order**
**PO Box 371952**
**Pittsburgh, PA 15250-7952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,171.91** |
|---|---|---|---|

**Instafunders, LLC**
**1019 Kane Course**
**Suite 202-A**
**Bay Harbor Islands, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

12/21/23 9:56AM

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,324.67** |
|---|---|---|---|

**Instrumentation Laboratory WERFEN**
**Werfen USA  LLC.**
**PO Box 347934**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
|---|---|---|---|

**International & External Audit Services**
**Cr 16 # 96 64**
**Bogota, Colombia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**Investment Loz Corp I**
**454 SW 9th Street**
**Unit 4**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,164.00** |
|---|---|---|---|

**IT Center Corporate**
**874 NW 170 Terrace**
**Hollywood, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,707.12** |
|---|---|---|---|

**JetStream Federal Credit Union**
**PO Box 5487**
**Hialeah, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,209.44** |
|---|---|---|---|

**JIM AC Mechanic**
**14128 SW 161 Court**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Juliana Lopez**
**3700 SW 60 Av**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **First Quality Laboratory Inc.**                                    Case number (if known)    **23-19831-PDR**
<u>Name</u>

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,666.37 |
|---|---|---|---|

**LabCorp**
**c/o Marcadis Singer, PA**
**PO Box 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Lauren G Castellano**
**11785 SW 185 ST**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Lina Moreno**
**374 E Riverbend Dr**
**Fort Lauderdale, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,228.27 |
|---|---|---|---|

**Lucky Green Investment LLC**
**20861 JOHNSON STREET, UNIT 103**
**Hollywood, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Lucy Arellana**
**625 East 57 ST**
**Hialeah, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289,299.41 |
|---|---|---|---|

**Luz F. Garcia**
**2173 Pearl Cider Street**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Capital Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,180.00 |
|---|---|---|---|

**Lyda Correa**
**625 East 57 ST**
**Fort Lauderdale, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,725.00** |
|---|---|---|---|

**Lyown International, LLC**
**200 South Biscayne Boulevard**
**Southeast Financial Center Floor 20**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,951.00** |
|---|---|---|---|

**MantisFund Interest**
**2700 N. Military Trl**
**#450**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$272,399.91** |
|---|---|---|---|

**Maria M. Garcia**
**7437 NW 98th Avenue**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Capital Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,295.15** |
|---|---|---|---|

**Medimax LLC**
**3100 W 8th. St. Bay 3**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,492.64** |
|---|---|---|---|

**Medline Industries, Inc**
**Three Lakes Drive**
**Northfield, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,685.55** |
|---|---|---|---|

**Michael Garcia Attorney at Law**
**888 SE 3rd Ave.**
**Suite 400 D**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,800.00** |
|---|---|---|---|

**Miguel Gofredo**
**4527 NW 97 TH CT**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

12/21/23  9:56AM

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Office of the United States Attorney**
**99 Northeast 4th Street**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notification Purpose**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,935.25 |
|---|---|---|---|

**Osimer Corp (Prendes)**
**10372 SW 119 Street**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Priscilla Cordero**
**2955 NW 126th Ave Apt 308**
**Fort Lauderdale, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,106.53 |
|---|---|---|---|

**ProLab Supply**
**5921 NW 176 ST**
**Unit 5**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,123.84 |
|---|---|---|---|

**QIAGEN SCIENCES**
**19300 Germantown Rd**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,469.00 |
|---|---|---|---|

**Red Hawk Funding**
**400 Rella Blvd.**
**Suite 15-101**
**Suffern, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,484.82 |
|---|---|---|---|

**Red Seal World Co.**
**682 NW 101st Terrace**
**Pompano Beach, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

12/21/23 9:56AM

| Debtor | **First Quality Laboratory Inc.** | Case number (if known) | **23-19831-PDR** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address**
**Roche Diagnostics Corporation**
PO Box 105046
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$27,178.66**

---

**3.54** | **Nonpriority creditor's name and mailing address**
**Ruby Londono**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$22,000.00**

---

**3.55** | **Nonpriority creditor's name and mailing address**
**SEC Commision**
Office of Reorganization
950 E. Paces Ferry Road NE
Suite 900
Atlanta, GA 30326-1382

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notification Purpose__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.56** | **Nonpriority creditor's name and mailing address**
**Sergio Arguedas**
20861 Johnson St Suite 117-118
Hollywood, FL 33029

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,600.00**

---

**3.57** | **Nonpriority creditor's name and mailing address**
**Shell Fleet Card**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __BusinessFuel Card__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.58** | **Nonpriority creditor's name and mailing address**
**Shirley Castrillo**
18205 NW 73 Avenue,  Apt 101
Hialeah, FL 33015

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$15,900.00**

---

**3.59** | **Nonpriority creditor's name and mailing address**
**Small Business Administration**
2 North 20th Street Suite 320
Birmingham, AL 35203

Date(s) debt was incurred _

Last 4 digits of account number  8001

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$535,732.87**

---

12/21/23  9:56AM

| Debtor | **First Quality Laboratory Inc.** | | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,458.94**

**Small Business Administration**
**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7704**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,880.04**

**State Farm Insurance**
**P. O. Box 52265**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,281.94**

**Susana C Ordaz**
**14980 SW 60 ST**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,901.83**

**TD Bank Credit LIne**
**777 SOUTH FLAGLER DR,SUITE 1100**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,588.05**

**Tempo D & P Corp**
**4440 NW 107 Avenue**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,778.16**

**Tycoon Capital Loan**
**34 Middle Neck Road**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$256.80**

**Universal Fire**
**2232 W. 80 Street Bay 1**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

12/21/23  9:56AM

| Debtor | **First Quality Laboratory Inc.** | | Case number (if known) | **23-19831-PDR** |
|---|---|---|---|---|
| | Name | | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **US Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:**  Notification Purpose | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,021.04 |
|---|---|---|---|
| | **US HHS Stimulus Loan**<br>**c/o HRSA Cares Provider Relief Fund**<br>**PO Box 970014**<br>**Saint Louis, MO 63197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **The Law Firm of Parjus & Associates, P.A**<br>**c/o Maria B. Parjus, Esq.**<br>**1535 N. Park Drive**<br>**Suite 104**<br>**Weston, FL 33326** | Line  3.12<br><br>☐  Not listed. Explain ____ | __ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,427,402.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,427,402.89 |

12/21/23  9:56AM

**Fill in this information to identify the case:**

Debtor name    **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-19831-PDR**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **AU680 w/ISE Instrument Sales Group** | |
| State the term remaining | |
| List the contract number of any government contract | **Beckman Coulter CH 10164 P.O Box 8000 Palatine, IL 60055-0164** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **DXI 600 Sales Group English-NAO** | |
| State the term remaining | |
| List the contract number of any government contract | **Beckman Coulter CH 10164 P.O Box 8000 Palatine, IL 60055-0164** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **LABPRO WA 40 PLUS SYSTEM** | |
| State the term remaining | |
| List the contract number of any government contract | **Beckman Coulter CH 10164 P.O Box 8000 Palatine, IL 60055-0164** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **AU 681-10E CHEMISTRY ANALYZER AU680 WITH ISE** | |
| State the term remaining | |
| List the contract number of any government contract | **Beckman Coulter CH 10164 P.O Box 8000 Palatine, IL 60055-0164** |

12/21/23  9:56AM

| Debtor 1 | **First Quality Laboratory Inc.** | | Case number *(if known)* | **23-19831-PDR** |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **medical equipment** |
| State the term remaining | |
| List the contract number of any government contract | **QIAGEN SCIENCES** |

12/21/23  9:56AM

| Fill in this information to identify the case: |
|---|

Debtor name    **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-19831-PDR**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Maria Tamayo** | | **TD Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

12/21/23 10:18AM

Fill in this information to identify the case:

Debtor name    **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-19831-PDR**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2023**    X _____
                                              Signature of individual signing on behalf of debtor

**Luz F. Garcia**
Printed name

**Vice President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **First Quality Laboratory Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **23-19831-PDR**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,833,902.88** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,083,444.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,105,837.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,796,549.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

12/21/23  9:57AM

| Debtor | **First Quality Laboratory Inc.** | Case number *(if known)* | **23-19831-PDR** |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Creditor List** | | **$242,648.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Lyown International, LLC**<br>**200 South Biscayne Boulevard**<br>**Southeast Financial Center Floor 20**<br>**Miami, FL 33131** | **10/12/2023** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Lyown International, LLC**<br>**200 South Biscayne Boulevard**<br>**Southeast Financial Center Floor 20**<br>**Miami, FL 33131** | **10/30/2023** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Small Business Administration**<br>**2 North 20th Street, Suite 320**<br>**Birmingham, AL 35203** | Last 4 digits of account number: ___5020___ | **8/30/2023-11/3 0/2023** | **$39,457.34** |

Debtor  **First Quality Laboratory Inc.**                                          Case number *(if known)*  **23-19831-PDR**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Michael Garcia Attorney at Law**<br>**888 se 3rd ave ste 400 D**<br>**Fort Lauderdale, FL 33316** | Last 4 digits of account number: _____ | 10/16/2023 | $13,574.95 |

---

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **TD Bank, National Association**<br>**v.**<br>**First Quality Laboratory, Inc. et al**<br>**CACE23012330** | | **Broward County Circuit Court**<br>**Clerk of the Clerks**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Dimesan USA Inc. v. First Quality Laboratory**<br>**CACE-2023-018726** | | **Broward County Circuit Court**<br>**Clerk of the Clerks**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Michael Garcia, P.A. v. First Quality Laboratory, Inc.**<br>**COCE-23-046523** | | **Broward County Circuit Court**<br>**Clerk of the Clerks**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **SPG Trust Corp. as Trustee of The SPG Miramar Park II Trust v. First Quality Laboratory, Inc.**<br>**CACE-22-008269** | | **Broward County Circuit Court**<br>**Clerk of the Clerks**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

12/21/23  9:57AM

| Debtor | First Quality Laboratory Inc. | Case number (if known) | 23-19831-PDR |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | AM Law, LLC<br>10743 SW 104th Street<br>Miami, FL 33176 | Attorney's fees for a corporate Chapter 11 (Subchapter V) | 10/____/2023 | $15,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 11460 Interchange Circle N.<br>Miramar, FL 33025 | 2006-2021 |

Debtor    **First Quality Laboratory Inc.**                    Case number *(if known)*  **23-19831-PDR**

| Address | Dates of occupancy From-To |
|---------|----------------------------|
| 14.2.  **11490 Interchange Circle N.** **Miramar, FL 33025** | **2021-2022** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-------------------------------------------------------------------------------|-----------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Blood sample, insurance information, date of birth, addresses, telephone, name, and social security**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

12/21/23  9:57AM

| Debtor | **First Quality Laboratory Inc.** | Case number *(if known)* **23-19831-PDR** |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Storage**<br>**21011 Johnson St, suite 101**<br>**Pembroke Pines, FL 33029** | **President and VP,** | | ☐ No<br>■ Yes |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | **First Quality Laboratory Inc.** | Case number *(if known)* | **23-19831-PDR** |

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **First Quality Research Corp**<br>**20861 Johnson Street**<br>**Suite 117 & 118**<br>**Pembroke Pines, FL 33029** | **Laboratory testing for human analysis and diagnostics.** | EIN: **01-0857895**<br><br>From-To **2/15/2006 - Present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Celmira Gallego**<br>**12131 NW 46th Street**<br>**Coral Springs, FL 33076** | **9/15/23** |
| 26a.2. **Cordero y Asociados**<br>**7950 NW 53rd Street**<br>**Suite 245**<br>**Doral, FL 33166** | **5/12/2023 and**<br>**4/13/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Cordero Y. Asociados** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Luz Fernanda Garcia Londono** | |
| 26c.2. **Maria Mercedes Garcia Londono** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor  **First Quality Laboratory Inc.**

Case number *(if known)* **23-19831-PDR**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 21, 2023**

_____
Signature of individual signing on behalf of the debtor

**Luz F. Garcia**
Printed name

Position or relationship to debtor  **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

12/21/23 9:57AM

Debtor   **First Quality Laboratory Inc.** ........................................................   Case number *(if known)* **23-19831-PDR** ........................

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|--|--|--|--|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒   No

☐   Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒   No

☐   Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|--|--|--|--|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒   No

☐   Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--|--|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒   No

☐   Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--|--|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2023**

_Luz F. Garcia_ *(signature)*

Signature of individual signing on behalf of the debtor     **Luz F. Garcia**
                                                                                      Printed name

Position or relationship to debtor   **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes