UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:                                                      CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,                             Chapter 11
    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), First Quality Laboratory, Inc., the Debtor-in-Possession (the "**Debtor**"), files its Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only, and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition): November 29, 2023.

2. Names, case numbers, and dates of filing of related debtors: None.

3. Description of debtor's business: Debtor operates a phlebotomy clinic where certified medical technicians (phlebotomists) draw blood from patients. The blood samples are processed and analyzed on-site in the Debtor's laboratory. The testing results are provided to the patient or forwarded to the requesting physician.

4. Locations of debtor's operations and whether the business premises are leased or owned: 20861 Johnson St, #117 and #118, Pembroke Pines, FL 33029; leased.

5. Reasons for filing Chapter 11: The Debtor moved locations and there were unforeseen interruptions in operations and costs associated with the relocation. The interruption in revenues resulted in the Debtor falling behind in payments to creditors. This resulted in lawsuits and monies being withdrawn from the Debtor's bank accounts, making a difficult cash flow situation worse.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the one year prior to filing: Maria M Garci, president, her salary is $5,000 biweekly, Maria has 20 plus years of experience in this business and she is the operational manager; Luz Fernanda Garcia, vice president, her salary is $5,000 biweekly, and she manages all of the other non-operational areas including finance, accounting, and employee relations.

7. Debtor's fiscal or calendar year-to-date gross income and the debtor's gross income for the calendar or fiscal year before the filing of this petition: Revenue Jan. 1 thr Oct. 31:

$1.7 million. Revenue FYE 2022: $2.1 million.

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors, including priority tax obligations: None.

   b. With respect to creditors holding secured claims, the name of any amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   SBA loan estimated $535,000 loan no. ending 8001, but the debtor is still investigating the amount, so the above estimate may change significantly.

   c. Amount of unsecured claims: Approximately $1.1 million. Again, the debtor is reviewing these amounts, and this estimate may change significantly.

9. General description and approximate value of the debtor's assets: Current: mostly A/R: $450,000; long-term machines/equipment used to analyze samples   Fixed: $997,000. These numbers may change as a result of further review.

10. List all insurance policies, the property covered under the policy, the name of the insurer, the policy number, the amount of coverage, whether the premium is current, the date the next premium is due, and the date the policy expires: The Medicaid bond, auto insurances, and workers compensation policies are being provided to UST's office and Mr. Kapilla. The Debtor's insurance agent expects premises liability insurance in place by next week.

11. Number of employees and amounts of wages owed as of petition date: Three 4-2 employees everyone else is 1099 independent contractors, about 20 or so.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): All payroll and sales taxes are current.

13. Anticipated emergency relief to be requested within 14 days from the petition date: None.

                                                       /s/ Gary Murphree
Signature

(Name of Corporate Officer or Authorized Representative)

Signatur

e

_____
Name and Address of Debtor's Attorney

_____

_____
 Florida Bar
    No.

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting the manner and date of service on all affected parties.