UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:                                                                                          CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,                           Chapter 11
    Debtor.
_____/

## DEBTOR'S MOTION FOR APPROVAL OF POST-PETITION FINANCING

### [EXPEDITED HEARING REQUESTED TO OBTAIN PRELIMINARY APPROVAL TO AVOID DELAY IN THE REORGANIZATION]

First Quality Laboratory, Inc., the debtor and debtor-in-possession (the "**Debtor**"), respectfully requests entry of an Order approving the post-petition financing agreement with RCE Group USA LLC owned and operated by Dr. Hugo Romeu and Dr. Camille Romeu (collectively, the "**RCE Group**"), the preliminary terms of the agreement prepared by Dr. Hugo Romeu on behalf of the RCE Group is **Exhibit A**, under 11 U.S.C.A. §§ 363 and 364, and Fed. R. Bankr. P. 4001 and 9014, and states:

**Summary Critical Terms**

- **RCE Group Fund $200,000 Postpetition Working Capital Loan**

- **Simple ten percent interest**

- **RCE Group allowed an administrative claim**

- **RCE Group Bring Substantial New Accounts/Revenues**

- **RCE Group Negotiate Debtor's Owners Converting The $200,000 Debt to Equity Under Confirmed Plan**

- **RCE Group Does Not Seek Lien To Secure Financing**

**Motion To Authorize Postpetition Financing**

1. On November 29, 2023, the Debtor filed a voluntary petition for relief under Chapter

11 of Title 11 of the Bankruptcy Code.

2. The Debtor continues to operate and manage its business as the debtor-in-possession under §§ 1107 and 1108.

3. The Debtor has been running a phlebotomy clinic since 2006. The clinic employs certified medical technicians called phlebotomists who draw blood from patients. The blood samples are processed and analyzed on-site in the Debtor's laboratory. The clinic offers various types of testing such as Hematology, Chemistry, Special Chemistry, Therapeutic Drugs, Urine Tests, Coagulation, Blood Bank, Immunology, Microbiology, Gynecology, and Covid. Each category includes specific tests. The Debtor provides the test results, generally the same day, directly to the patient or the requesting physician, who may also access the test through the online portal system.

4. The Debtor is located at 20861 Johnson St, #117 and #118 in Pembroke Pines, FL 33029. The Debtor offers in-home testing upon request.

5. The Debtor's revenue suffered a significant decline due to the Covid pandemic and the forced relocation to another facility after the Debtor lost an eviction action by its former landlord that resulted from a ridiculous dispute of inconsequential repairs the landlord had demanded the Debtor pay for. The forced relocation disrupted revenues, and outfitting the new space costs significantly more than expected. As a result, the Debtor fell behind in the payment to creditors. To address this, the Debtor sought a forgivable loan from the SBA, but the SBA later determined that the Debtor did not qualify because too many of its staff were independent contractors. As a result, the SBA began aggressive collection efforts. The Debtor sought short-term, overly expensive loans to plug the working capital hole. These loans typically allow the creditors to take payments unilaterally from the Debtor's bank account. As a result, several creditors, including the SBA, were directly dipping into the Debtor's bank accounts, leaving it without sufficient cash flow to operate its business. The Debtor was then litigating three separate collection actions in state court. The cash flow/working

capital situation became untenable and forced the Debtor to file for bankruptcy protection without any opportunity to negotiate a smooth transition with its creditors and vendors.

6.  Post-petition, the Debtor requested that payments from the Centers For Medicare & Medicaid Services (CMMS) be deposited into the Debtor's DIP account at Wells Fargo. Unfortunately, CMMS takes six weeks or more to process the request before these payments will restart. The delay in receiving the CMMS payments has made it virtually impossible for the Debtor to rebuild the necessary working capital reserves through post-petition operations.

7.  Postpetition the Debtor's monthly cash receipts and disbursements are:

   a. December 2023: Rec. $106,219; Disb. $102,075.

   b. January 2024: Rec. $59,475.07; Disb. $54,764.

   c. Feb. 2024 (projected): Rec. $100,000; Disb. $101,032.

   d. Mar. 2024 (projected): Rec. $110,000; Disb. $106,032.06.

   e. April 2024 (projected): Rec. $140,000; Disb. $101,862.

The February – April 2024 budget is attached as **Exhibit B**.

8.  The increase in revenues in April is from new business Doctor Hugo Romeu of the RCE Group, which will be brought immediately upon approval of this motion. The Debtor's cash flow difficulties that predate the filing will be resolved through Doctor Hugo Romeu of the RCE Group's funding of $200,000 for working capital. The Debtor has entered into a preliminary agreement with the RCE Group to obtain the much-needed working capital. The RCE Group will fund, upon Court approval, up to $200,000 in working capital that the Debtor estimates is sufficient to return the Debtor to normal business operations. The RCE Group will bring substantial new business that will quickly replace the Debtor to a profitable going concern. The combined benefits will allow the Debtor not only to stabilize but also substantially expand its business base and propose a plan of reorganization that will allow the Debtor to exit bankruptcy successfully.

9. The Debtor has no opportunity to obtain non-priority unsecured debt under these circumstances. Dr. Hugo Romeu and the RCE Group are independent of the Debtor and its principles and agents, including the undersigned, and do not hold any interest adverse to the estate. Dr. Hugo Romeu intends to appear at the hearing on the Motion to answer whatever questions the parties in interest may have concerning the agreement or his commitment to assisting the Debtor in reorganizing.

10. The Debtor, therefore, requests that the Court, after notice and an expedited hearing, enter an Order authorizing the Debtor to borrow the $200,000 working capital from the RCE Group and allow the RCE Group an administrative claim for the funds loaned under 11 U.S.C.A. §§ 503(b) and 507(b). The interest rate on the funds will be 10% simple interest. Moreover, the RCE Group and the Debtor intend to negotiate the RCE Group's acquisition of a percentage ownership in the Debtor, which will be funded through the conversion of the $200,000 administrative claim into equity upon confirmation of the plan of reorganization, thereby unburdening the Debtor of the obligation to repay the loan.

11. The RCE Group is not requesting the imposition of liens, super-priority liens, or even a super-priority administrative claim for the $200,000 loan. Therefore, the proposed financing will not adversely affect the Debtor's existing secured creditors. Moreover, Dr. Hugo Romeu, on behalf of the RCE Group, has previously acquired partial ownership of a company inside a pending bankruptcy and is willing to assist in negotiating consensual agreements with the Debtor's secured creditors and the Debtor's equipment lessor that will be included in what is contemplated to be a fully consensual reorganization plan.

12. The Debtor believes the combined benefits from the agreement with Dr. Hugo Romeu and the RCE Group are in the Debtor's and creditors' best interest as it will provide a reorganization path.

**WHEREFORE**, the debtor respectfully requests that the Court approve the above-described financing arrangement and grant RCE Group an administrative claim up to the amount of financing funded into the Debtor's DIP account and grant such other and further relief as the court deems just and proper.

**I CERTIFY** that a copy of the preceding was served on all parties entitled to receive notice under the Court's ECF system on February 22, 2024.

/s/ Gary M. Murphree
Gary M. Murphree, Esq.
FBN 996475
AM Law
Counsel for the Debtor
10743 SW 104TH Street
Miami FL 33176
305-441-9530
Email: pleadings@amlaw-miami.com;
gmm@amlaw-miami.com

## Asset Purchase/Partnership between First Quality Lab and RCE GROUP USA/RCE GROUP MEDICAL, Inc.

*Introduction*

*This is a tentative rudimentary agreement pending approval by the court since First Quality Lab is currently under a Chapter 11.*

*RCE/ Dr. Hugo Romeu and Dr. Camille Romeu, are currently under discussions with First Quality/Fernanda Garcia and Maria Garcia, with their legal representation.*

INTENTIONS;

1. *Capital Injection to operate Lab. $200,000 over 30 days.*
2. *Bring accounts upon court approval to significantly augment the total daily accession numbers. Please note RCE are Pathologists and Lab owners that already have an existing account portfolio.*
3. *Direct involvement in laboratory and administrative operation. ( hands on)*
4. *Negotiate the existing debt and liquidate within 6 months.*
5. *Maintain current operation by assuming all obligations including but not limited to rent, pay roll, reagents and supplies.*

In return RCE will be assigned a mutually acceptable percentage of First Quality LA.
All negotiations are based on prior approval by Chapter 13 Trustees.

Hugo Romeu, MD
RCE Group Medical Inc

Exhibit   A Page 1 of 1 RCE Group Term Sheet

# FIRST QUALITY LABORATORY, INC
# CASH FLOW BUDGET

| | Febrero | Marzo | Abril | TOTAL |
|---|---|---|---|---|
| **Income** | $ 100,000.00 | $ 110,000.00 | $ 140,000.00 | $ 350,000.00 |
| | | | | |
| **Cost of Goods Sold** | | | | |
|   Cost of Goods Sold | | | | |
|     **Computer Software Lab** | 125.00 | 125.00 | 125.00 | 375.00 |
|     **Reagents** | 8,500.00 | 9,000.00 | 10,000.00 | 27,500.00 |
|     **Laboratory Supplies** | 7,800.00 | 7,800.00 | 8,200.00 | 23,800.00 |
|     **Maintenance Lab Equipment hematology** | 1,699.79 | 1,699.79 | 1,699.79 | 5,099.38 |
|     **Equipment beckman** | 7,000.00 | 7,000.00 | 7,000.00 | 21,000.00 |
|   Total Cost of Goods Sold | $ 25,124.79 | $ 25,624.79 | $ 27,024.79 | $ 77,774.38 |
| | | | | |
| **Expenses** | | | | |
|   Advertising and Promotion | 8.00 | 8.00 | 8.00 | 24.00 |
|   Automobile Expense | | | | |
|     **GPS** | 300.00 | 300.00 | 300.00 | 900.00 |
|     Gas | 1,603.19 | 1,603.19 | 1,603.19 | 4,809.56 |
|     Lease | 5,906.56 | 5,906.56 | 5,906.56 | 17,719.68 |
|     **Parking and Tolls** | 500.00 | 500.00 | 500.00 | 1,500.00 |
|     Insurance | 2,101.02 | 2,101.02 | 2,101.02 | 6,303.06 |
|     **Registration Renewal** | 100.00 | 100.00 | 100.00 | 300.00 |
|   Total Automobile Expense | $ 10,510.77 | $ 10,510.77 | $ 10,510.77 | $ 31,532.30 |
|   Bank Service Charges | | | | |
|     Bank Fee | 800.00 | 800.00 | 800.00 | 2,400.00 |
|   Total Bank Service Charges | $ 800.00 | $ 800.00 | $ 800.00 | $ 2,400.00 |
|   Dues and Subscriptions | 70.00 | 70.00 | 70.00 | 210.00 |
|   Independent Contractor | | | | |
|     Phlebotomy (1) (yanet) | 2,500.00 | 2,500.00 | 2,500.00 | 7,500.00 |
|     Phlebotomy (2) (Janeth) | 2,500.00 | 2,500.00 | 2,500.00 | 7,500.00 |
|     Phlebotomy (3) (Adrian Barbosa) | 240.00 | 240.00 | 240.00 | 720.00 |
|     Driver (1) (Luis Martinez) | 2,400.00 | 2,400.00 | 2,400.00 | 7,200.00 |
|     Driver (2) (Matthew Jaramillo) | 2,400.00 | 2,400.00 | 2,400.00 | 7,200.00 |
|     Data Entry (1) (Miguel Goffredo) | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
|     Data Entry (2) (orlando) | 400.00 | 400.00 | 400.00 | 1,200.00 |
|     Technologists 1 | 4,000.00 | 4,000.00 | 4,000.00 | 12,000.00 |
|     Technologists 2 (Priscilla Cordero) | 4,000.00 | 4,000.00 | 4,000.00 | 12,000.00 |
|     Technologists 3 (Diego Ponton) | 600.00 | 600.00 | 600.00 | 1,800.00 |
|     Consulting (Sergio Argueda) | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
|     Pathology (Hugo Romeu) | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
|     Lab Assitant (Lauren Castellano) | 2,400.00 | 2,400.00 | 2,400.00 | 7,200.00 |
|     Financial 1 ( Shirley Castrillo) | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
|     Financial 2 (Lili Castro) | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
|     customer service (Susana Ordaz) | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Commercial 1 | | | 2,400.00 | | 2,400.00 | | 2,400.00 | 7,200.00 |
| **Total Independent Contractor** | $ | | 38,340.00 | $ | 38,340.00 | $ | 38,340.00 | $ 115,020.00 |
| Interest Expense | | | 750.00 | | 750.00 | | | 1,500.00 |
| Insurance Expense - Lab | | | | | | | | |
| Liability Insurance | | | | | | | | |
| work compensation | | | 97.92 | | 97.92 | | 97.92 | 293.75 |
| **Total Insurance Expense - Lab** | $ | | 97.92 | $ | 97.92 | $ | 97.92 | $ 293.75 |
| Meals and Entertainment | | | | | | | | |
| Office Expenses | | | 2,000.00 | | 2,000.00 | | 2,000.00 | 6,000.00 |
| Payroll | | | | | | | | |
| Fernanda Garcia (i) | | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Maria Garcia (i) | | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Sales Rep 2 | | | 2,400.00 | | 2,400.00 | | 2,400.00 | 7,200.00 |
| Taxes | | | 200.00 | | 200.00 | | 200.00 | 600.00 |
| **Total Payroll** | $ | | 2,600.00 | $ | 2,600.00 | $ | 2,600.00 | $ 7,800.00 |
| Sales & Comissions Expenses | | | | | | | | |
| Rent Expense | | | | | | | | |
| Rent - Lab | | | 11,168.92 | | 11,168.92 | | 11,168.92 | 33,506.76 |
| Storage | | | 90.00 | | 90.00 | | 90.00 | 270.00 |
| **Total Rent Expense** | $ | | 11,258.92 | $ | 11,258.92 | $ | 11,258.92 | $ 33,776.76 |
| Bioreference Laboratories | | | 0.00 | | 5,000.00 | | 0.00 | 5,000.00 |
| Permits and Licenses | | | | | | | | |
| Medical Licenses | | | 1,666.67 | | 1,166.67 | | 1,166.67 | 4,000.00 |
| **Total Permits and Licenses** | $ | | 1,666.67 | $ | 1,166.67 | $ | 1,166.67 | $ 4,000.00 |
| Utilities - Lab | | | | | | | | |
| Electricity (2) | | | 2,600.00 | | 2,600.00 | | 2,600.00 | 7,800.00 |
| Culligan and hess | | | 965.00 | | 965.00 | | 965.00 | 2,895.00 |
| Fax | | | 140.00 | | 140.00 | | 140.00 | 420.00 |
| Computer and Internet Expenses | | | 1,200.00 | | 1,200.00 | | 1,200.00 | 3,600.00 |
| Telephone Expense | | | 1,900.00 | | 1,900.00 | | 1,900.00 | 5,700.00 |
| **Total Utilities - Lab** | $ | | 6,805.00 | $ | 6,805.00 | $ | 6,805.00 | $ 20,415.00 |
| Trust Fee | $ | | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 | $ 3,000.00 |
| Total Expenses | | $ | 101,032.06 | $ | 106,032.06 | $ | 101,682.06 | $ 308,746.19 |
| | | | | | | | | |
| NET CASH FLOW | | -$ | 1,032.06 | $ | 3,967.94 | $ | 38,317.94 | $ 41,253.82 |

**(i) Fernanda and Maria Garcia, the owners, are not being paid their monthly $10,000 postpetition due to the debtor's cash flow difficulties and to facilitate a successful reorganization.**