UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:                                                                                          CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,                                    Chapter 11
     Debtor.
_____/

## DEBTOR'S MOTION TO CONTINUE FINAL HEARING ON POST-PETITION FINANCING AND RELATED DEADLINES

First Quality Laboratory, Inc., the debtor and debtor-in-possession (the "**Debtor**"), respectfully requests a seven-day continuance of the hearing to obtain final approval of the Motion for Approval of Post-Petition Financing (ECF # 52, the "**Motion**") to be held before The Honorable Peter D. Russin on March 21, 2024, at 2:30 PM (the "**Final Hearing**") extension through March 28th, 2024 and extend the related deadline to file an accounting of the funds to be borrowed and show the uses of the funds by the Debtor, including any anticipated uses through the Final Hearing, set forth in the Interim Order Granting Debtor's Motion For Approval Of Post-Petition Financing **(**ECF # 61**)** and states:

    1.    RCE Group USA LLC, owned and operated by Dr. Hugo Romeu and Dr. Camille Romeu (collectively, the "**RCE Group**"), the company that was to provide the $200,000 financing, was delayed due to other business commitments and an unrelated business trip outside the County.

    2.    Doctor Romeu is back in the Country and has a substantial portion of the funds ready to advance to the Debtor, but needs the additional seven days to confer with the Debtor and determine the most urgent working capital needs. The Debtor is looking to file a preliminary report of funds provided and the uses by the Debtor of the financing but needs the additional time.

    3.    The Debtor believes the additional time will allow the Debtor and Doctor Hugo to consummate the post-petition financing that is in the estate's best interest.

1

4. Given the short notice, the Debtor's counsel will appear at the scheduled hearing and provide the Court with a further status update then.

**WHEREFORE** the Debtor respectfully requests a seven-day continuance of the hearing to obtain final approval of the Motion for Approval of Post-Petition Financing to be held before The Honorable Peter D. Russin on March 21, 2024, at 2:30 PM (the "Final Hearing") extension through March 28th, 2024 and extend the related deadline to file an accounting of the amount of funds to be borrowed and show the uses of the funds by the Debtor.

**I CERTIFY** that a copy of the preceding was served on all parties entitled to receive notice under the Court's ECF system on March 19, 2024.

/s/ Gary M. Murphree
Gary M. Murphree, Esq.
FBN 996475
AM Law
Counsel for the Debtor
10743 SW 104TH Street
Miami FL 33176
305-441-9530
Email: pleadings@amlaw-miami.com;
gmm@amlaw-miami.com