

ORDERED in the Southern District of Florida on March 21, 2024.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE                                                                 CASE NO. 23-19831-PDR

FIRST QUALITY LABORATORY, INC.,        Chapter 11
    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE FINAL HEARING ON POST-PETITION FINANCING AND RELATED DEADLINES**

THIS MATTER came before the Court for the Debtor's Motion to Continue Final Hearing On Post-Petition Financing and Related Deadlines. For the reasons stated on the record, it is ORDERED that the Final Hearing to approve the Post-Petition Financing is continued to March 28, 2024, at 1:30 PM, in person, at U.S. Courthouse, 299 E. Broward Blvd #301, Ft Lauderdale, FL 33301 and the debtor shall file the report showing the uses of the funds on or before March 26th, 2024. The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the final hearing.

###

**Submitted by**: Debtor's counsel, Gary Murphree, Esq., AM Law 10743 SW 104th Street, phone no. 305.441.9530, email pleadings@amlaw-miami.com.  Attorney Murphree is directed to serve this Order and file an appropriate certificate of service.