

ORDERED in the Southern District of Florida on May 10, 2024.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:                                                                    Case no. 23-19831-PDR
FIRST QUALITY LABORATORY, INC.,                  Chapter 11
    Debtor.
_____/

### ORDER DENYING DEBTOR'S MOTION
### FOR APPROVAL OF POST-PETITION FINANCING

THIS MATTER came before the Court for a hearing on May 2, 2024, at 3:00 p.m. on the Debtor's Motion for Approval of Post-petition Financing (ECF # 52, the "**Motion**"). Based upon the Debtor's notice of withdrawal of the Motion dated May 9, 2024, it is ORDERED that the Motion is DENIED as withdrawn.

###

**Submitted**: Gary M. Murphree, Esq., counsel for the Debtor, AM Law, 10743 SW 104th Street, Miami, FL 33176, ph. 305.441.9530, and gmm@amlaw-miami.com; pleadings@amlaw-miami.com, who is authorized and directed to serve a copy of this Order and file a certificate of service.