**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Case No. 23-19831-PDR |
| FIRST QUALITY LABORATORY, INC. | Chapter 11 |
| _____Debtor_____ / | |

## SUBCHAPTER V TRUSTEE'S APPLICATION FOR FINAL COMPENSATION

COMES NOW, SONEET R. KAPILA, Subchapter V Trustee (the "Trustee") and respectfully requests this Court enter an Order approving his Trustee's Application for Final Compensation pursuant to Section 330 of title 11 of the United States Bankruptcy Code and in support thereof states the following:

1. This case commenced as a voluntary petition pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code on November 29, 2023, and Soneet R. Kapila was thereafter appointed as the Subchapter V Trustee.

2. As reflected in his Verified Statement, the Trustee agreed to compensation for services at a discounted hourly rate of $450, in addition to seeking reimbursement for any actual and necessary expenses.

3. Upon appointment, the Trustee reviewed the docket filings, reviewed pertinent pleadings, attended the Initial Debtor Inverview and corresponded Debtor's counsel.

4. Since the commencement of the case, the Trustee has worked with the Debtor and interested parties to facilitate the confirmation of a Chapter 11 plan.  Despite several attempts, the Debtor has been unable to secure financing for the Plan.  However, the Debtor filed a Plan of Reorganization [ECF 59] which is set for confirmation hearing on June 6, 2024, at 1:30 p.m.  Additionally, the Office of the U.S. Trustee filed an Expedited Motion to Convert Chapter 11 Case to Chapter 7 and Request for Shortened Notice [ECF 82] which is currently set for hearing on May 23, 2024, at 2:00 PM.

5. The Trustee continuously reviews pertinent court pleadings and correspondence, communicates with Debtor's counsel on financing and case issues, and corresponds with the Office of the U.S. Trustee and interested parties.

6. Early in the proceedings, the Trustee and the Debtor filed an agreed motion to escrow funds for payment of the trustee fees and expenses. On December 14, the Court entered the agreed order directing the Debtor to escrow $1,000 effective December 2023 [ECF 17]. The Debtor should have escrowed $6,000 for fees as of the date of the Plan hearing. However, the Debtor only escrowed $3,000.

7. On March 22, 2024, the Trustee filed an Application for Interim Compensation [ECF 64] seeking fees of $4,274.60 and expenses of $61.05 through March 21, 2024. On April 21, the Court approved the interim fee application and awarded fees of $4,274.60 and expenses of $61.05 [ECF 77]. To date, the Debtor has made payments of $3,000.00 towards the Trustee's fees and expenses.

8. Since his appointment, the Trustee has incurred actual fees of $7,976.60 and expenses of $159.84. Attached hereto as Exhibit "A" is a detailed statement of services, time expended, and expenses incurred by the Trustee through May 14.

9. Should this Court award the Trustee final compensation, the Trustee would be entitled to an award in the amount of $7,976.60 for fees and $159.84 for expenses, plus an estimate to include further tasks, including attendance at the scheduled hearing, and attend to additional reporting tasks to wrap up the case for closing. The Trustee estimates the time for such additional tasks through confirmation and case closing amounts to fees of $2,700.00 and expenses of $50.00. The Trustee requests total final fees of $10,676.60 and expenses of $209.84.

10. The Trustee confirms that he has no agreement to share compensation in this case.

11. The Trustee reserves the right to file additional or supplemental fee applications based on a change in circumstances.

WHEREFORE, the Trustee respectfully requests the entry of an Order approving the application for final compensation and requests payment of fees to the Trustee in the amount of $10,676.60 and expenses of $209.84.

I HEREBY CERTIFY THAT a true copy of the foregoing was furnished via CM/ECF to those parties registered to receive electronic mailings and via U.S. Mail to parties not registered to receive electronic notice as outline in the attached on this 15th day of May 2024.

Dated: May 15, 2024

By: _____*/s/Soneet R. Kapila*_____
Soneet R. Kapila
Subchapter V Trustee
P.O. Box 14213
Fort Lauderdale, Florida  33302
Phone:  954/761-8707
Email: Trustee@kapilatrustee.com

**Notice will be electronically mailed to:**

Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

Amanda Klopp on behalf of Creditor TD Bank, N.A.
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Matthew Mazur, Jr on behalf of Creditor Lucky Green Investment LLC
mmazurjr@mazur-law.com, 2725@notices.nextchapterbk.com

Gary M Murphree on behalf of Debtor First Quality Laboratory Inc.
gmm@amlaw-miami.com, babreu@amlaw-miami.com;5562560420@filings.docketbird.com;pleadings@amlaw-miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

J. Steven Wilkes on behalf of U.S. Trustee Office of the US Trustee
steven.wilkes@usdoj.gov



Exhibit "A"

**CPAs, Forensic and Insolvency Advisors**

EIN #46-5394135

---

**FIRST QUALITY LABORATORY INC**
**Client ID: 64051**
**Invoice #11053 - 05/14/24**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---:|---:|---:|
| KJJ - KY JOHNSON  - PARAPROFESSIONAL | 1.50 | 196.00 | 294.00 |
| SRK - SONEET KAPILA  - PARTNER  CPA, CFF, CIRA, CFE | 5.60 | 450.00 | 2,520.00 |
| MW - MEREDITH WALKER  - PARAPROFESSIONAL | 3.00 | 296.00 | 888.00 |
| TOTAL | 10.10 | | $3,702.00 |
| **BLENDED RATE** | | **$366.53** | |
| TOTAL EXPENSES | | | 98.79 |
| Amount Requested for This Period | | | $3,800.79 |

)

| | |
|---|---:|
| Final Fee App Amount | 3,800.79 |
| Estimated/Anticipated Fees | 2,700.00 |
| Estimated/Anticipated Expenses | 50.00 |
| Total Amount Requested | $7,886.44 |

---

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com





**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

FIRST QUALITY LABORATORY INC
C/O SONEET KAPILA, SUBCH V TRUSTEE

Invoice: 11053
05/14/2024
Client ID: 64051

For Professional Services Rendered Through May 14, 2024

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| ASSET ANALYSIS/LIQUIDATION | | | | |
| 03/27/2024 | KJJ | SERVED NOTICE OF HEARING | 0.80 | 156.80 |
| 04/23/2024 | KJJ | SERVED ORDER GRANTING SUBCHAPTER V TRUSTEE'S APPLICATION FOR FINAL COMPENSATION | 0.70 | 137.20 |
| CASE ADMIN (BANKRUPTCY) | | | | |
| 03/19/2024 | SRK | TELEPHONE CALL WITH COUNSEL TO DEBTOR REGARDING POST PETITION FINANCING AND ATTEND TO EMAILS RE SAME | 0.20 | 90.00 |
| 03/28/2024 | SRK | ATTEND HEARING RE POST PETITION CASH FINANCING | 0.50 | 225.00 |
| 04/01/2024 | SRK | REVIEW AND CONSIDER EMAIL FROM LENDER COUNSEL AMANDA KLOCK AND RESPONSE TO SAME RE CASE STATUS | 0.20 | 90.00 |
| 04/10/2024 | SRK | REVIEW EMAIL FROM COUNSEL RE POST PETITION FINANCING | 0.30 | 135.00 |
| 04/11/2024 | MW | PREPARE MOTION AND ORDER FOR REMOTE APPEARANCE. PREPARE CERTIFICATE OF SERVICE FOR ORDER APPROVING REMOTE APPEARANCE. | 0.60 | 177.60 |
| 04/11/2024 | SRK | POST PETITION FINANCING - REVIEW BUDGETS AND EMAIL WITH COUNSEL MURPHREE | 0.40 | 180.00 |
| 04/12/2024 | SRK | REVIEW AND EMAIL WITH DEBTOR'S COUNSEL RE CASH COLLATERAL AND POST PETITION FINANCING AND RELATED BUDGETS | 0.30 | 135.00 |
| 04/18/2024 | SRK | CASH COLLATERAL AND POST PETITION FINANCING HEARING | 0.50 | 225.00 |
| 04/19/2024 | MW | DOWNLOAD AND CIRCULATE ECF FILINGS. | 0.10 | 29.60 |
| 04/19/2024 | SRK | REVIEW MARCH MOR | 0.10 | 45.00 |
| 04/23/2024 | SRK | TELEPHONE CALL WITH GARY MURPHREE RE FINANCING | 0.10 | 45.00 |
| 04/24/2024 | SRK | OVERSIGHT OF EMAILS AND FACILITATION | 0.10 | 45.00 |
| 04/25/2024 | SRK | ATTEND COURT HEARING SEEKING APPROVAL OF POST PETITION FINANCING AND CONTINUED CASH COLLATERAL | 0.30 | 135.00 |
| 04/25/2024 | SRK | ATTEND HEARING FOR MOTION FOR POST PETITION FINANCING | 0.70 | 315.00 |
| 04/26/2024 | SRK | COMMUNICATION WITH U.S. TRUSTEE STEPHEN WILKES RE MOTION TO CONVERT TO CHAPTER 7; REVIEW MOTION FILED BY US TRUSTEE AND FOLLOW UP | 0.40 | 180.00 |
| 05/02/2024 | SRK | ATTEND HEARING ON MOTION SEEKING POST PETITION | 0.50 | 225.00 |

**KapilaMukamal, LLP**    Invoice #11053    5/14/2024    Page 2 of 2

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | FINANCING AND EMERGENCY MOTION FOR AGREEMENT WITH LANDLORD TO USE SECURITY DEPOSIT | | |
| 05/09/2024 | SRK | ATTEND COURT HEARING (.60); PREPARE FOR SAME (.40) | 1.00 | 450.00 |
| 05/13/2024 | MW | PREPARE FOR ZOOM HEARING 5/16 | 0.10 | 29.60 |

RETENTION AND FEE APPLICATIONS

| 03/20/2024 | MW | PREPARE FIRST INTERIM FEE APPLICATION | 1.10 | 325.60 |
| 05/14/2024 | MW | DRAFT AND FILE FINAL FEE APPLICATION | 1.10 | 325.60 |

3,702.00

EXPENSES

| 03/27/2024 | EXP | POSTAGE | | 33.92 |
| 03/27/2024 | EXP | POSTAGE | | 1.55 |
| 03/31/2024 | EXP | PRINTED COPIES - MARCH 2024 (03/01/24-03/31/24) | | 11.10 |
| 04/23/2024 | EXP | POSTAGE | | 33.92 |
| 04/30/2024 | EXP | PRINTED COPIES - APRIL 2024 (04/01/24-04/30/24) | | 18.30 |

98.79

| | |
|---|---|
| Amount Requested for This Period | $3,800.79 |
| 1st Interim Fee App Amount | $4,335.65 |
| Less Payment Received | (3,000.00) |
| Unpaid Amount from 1st Interim | 1,335.65 |
| 2nd & Final Fee App Amount | 3,800.79 |
| Estimated/Anticipated Fees | 2,700.00 |
| Estimated/Anticipated Expenses | 50.00 |
| Total Amount Requested | $7,886.44 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 23-19831-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Dec 11 17:24:10 EST 2023 | First Quality Laboratory Inc.<br>20861 Johnson Street, Ste. 117<br>Hollywood, FL 33029-1927 | Alex Sanchez<br>22 Gables Blvd.<br>Weston, FL 33326-2592 |
| BMCA International Corp.<br>13321 SW 132 Ave Suite 5<br>Miami, FL 33186-6195 | Beckman Coulter<br>CH 10164 P.O Box 8600<br>Palatine, IL 60055-0164 | Berger Commercial Realty (SPG)<br>11350 Interchange Cr<br>Miramar, FL 33025-6004 |
| Beriche Designs Corp (Magi)<br>7771 NW 7th Street<br>Apt. 206<br>Miami, FL 33126-4003 | Biomerieux<br>PO Box 500308<br>St.Louis, MO 63150-0308 | Cardinal Health<br>7200 Cardinal Place<br>Dublin, OH 43017-1094 |
| Clia Laboratory Program<br>P.O Box 3056<br>Portland, OR 97208-3056 | College of American Pathologist ( CAP )<br>PO Box 71698<br>Chicago, IL 60694-1698 | Complete Biomedical Solution<br>16115 SW 117 Ave Unite # A13<br>Miami, FL 33177-1614 |
| Cordero CPA<br>3901 NW 79th Ave Suite 223<br>Miami, FL 33166-6554 | Culligan Water<br>11540 Interchange Circle North<br>Hollywood, FL 33025-6006 | DiaSorin<br>P.O. BOX 735978<br>Dallas, TX 75373-5978 |
| Diego Florez Ponton<br>2450 NE 135 Street Apt 404<br>Miami, FL 33181-3534 | Dimesan USA. INC.<br>1609 NW 143 rd. Way.<br>Hollywood, FL 33028-3003 | EBS (Copiers) Inc.<br>8351-8353 NW  54th St.<br>Miami, FL 33166-4010 |
| EPITOPE DIAGNOSTIC, INC<br>7110 Carroll Road<br>San Diego, CA 92121-2215 | Eduardo Figueredo<br>8309 SW 142 Ave Apt H-208<br>Miami, FL 33183-4096 | Enticing Corporation Inc.<br>14201 NW 19th Street.<br>Miami, FL 33183 |
| Florida Department of Health-Broward<br>780 SW 24 Street, Building OPS<br>Fort Lauderdale, FL 33315-2643 | Healthcare Enviromental Services (FIR001<br>8496 NW 61 Street<br>Miami, FL 33166-3338 | INTERNATIONAL & EXTERNAL AUDIT SERVICES<br>cr 16 # 96 64<br>Bogota, Colombia |
| IT Center Corporate<br>874 NW 170 Terrace<br>Hollywood, FL 33028-2121 | Instrumentation Laboratory WERFEN<br>Werfen USA  LLC.<br>P O Box 347934<br>Pittsburgh, PA 15251-4934 | JIM AC Mechanic<br>14128 SW 161 Court<br>Miami, FL 33196-6538 |
| JetStream Federal Credit Union<br>PO Box 5487<br>Hialeah, FL 33014-1487 | Juliana Lopez<br>3700 SW 60 Av<br>Miami, FL 33155-5057 | LYOWN INTERNATIONAL<br>200 South Biscayne Boulevard<br>Southeast Financial Center Floor 20<br>Miami, FL 33131-2310 |

| | | |
|---|---|---|
| LabCorp MARCADIS SINGER,PA TRUST<br>PO Box 12140<br>Burlington, NC 27216-2140 | Ladibar Marketing Inc<br>17437 SW 29Th Ct.<br>Hollywood, FL 33029-5578 | Lauren G Castellano<br>11785 SW 185 ST<br>Miami, FL 33177-3262 |
| Lina Moreno<br>374 E Riverbend Dr<br>Fort Lauderdale, FL 33326-2227 | Lucky Green Investment LLC<br>20861 JOHNSON STREET, UNIT 103<br>Hollywood, FL 33029-1926 | Lucy Arellana<br>625 East 57 ST<br>Hialeah, FL 33013-1355 |
| Lyda Correa<br>625 East 57 ST<br>Fort Lauderdale, FL 33334 | Medimax LLC<br>3100 W 8th. St. Bay 3<br>Hialeah, FL 33012 | Medline Industries, Inc<br>Three Lakes Drive<br>Northfield, IL 60093-2753 |
| Michael Garcia<br>888 se 3rd ave ste 400 D<br>Fort Lauderdale, FL 33316-1159 | Michael Garcia Attorney at Law<br>888 se 3rd ave ste 400 D<br>Fort Lauderdale, FL 33316-1159 | Miguel Gofredo<br>4527 NW 97 TH CT<br>Miami, FL 33178-3366 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Osimer Corp (Prendes)<br>10372 SW 119 Street<br>Miami, FL 33176-4015 | Priscilla Cordero<br>2955 Nw 126th Ave Apt 308<br>Fort Lauderdale, FL 33323-6335 |
| ProLab Supply<br>5921 NW 176 ST<br>Unit 5<br>Hialeah, FL 33015-5130 | Red Seal World Co.<br>682 NW 101st Terrace<br>Pompano Beach, FL 33071-6853 | Rick Case Honda<br>15700 Rick Case Honda Way<br>Fort Lauderdale, FL 33331-3198 |
| Roche Diagnostics Corporation<br>PO Box 105046<br>Atlanta, GA 30348-5046 | Sergio Arguedas<br>20861 Johnson St Suite 117-118<br>Hollywood, FL 33029-1926 | Shirley Castrillo<br>18205 nw 73 ave Apt 101<br>Hialeah, FL 33015-6190 |
| Small Business Administration<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203-4002 | Susana C Ordaz<br>14980 SW 60 ST<br>Miami, FL 33193-2060 | Tempo D & P Corp<br>4440 NW 107 Ave.<br>Miami, FL 33178-1883 |
| Universal Fire<br>2232 W. 80 Street Bay 1<br>Hialeah, FL 33016-5524 | Gary M Murphree<br>Am Law LLC<br>10743 SW 104 Street<br>Miami, FL 33176-8163 | Soneet Kapila<br>www.kapilatrustee.com<br>PO Box 14213<br>Ft Lauderdale, FL 33302-4213 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Proficiency Institute | (u)DR Alicia C Hirzel | (u)FLA Cleaning Solutions |
| (u)GB Collection Amerihealth | (u)Gamma Supply | (u)HENRY SCHEIN<br>Box 371952 |
| (u)HHS Stimulus Loan | (u)Hardy Diagnostic | (u)Henry Salazar<br>cra 4870-188 apto 800<br>colombia-barranquilla |
| (u)Instafunders | (u)Investment Loz Corp I | (u)Lenin Bravo |
| (u)Mercedes Benz of Pembroke Pines | (u)Mercedes Medical | (u)My Clinical Lab Martha |
| (u)Optum Collection Services | (u)Plataforma USA | (u)QIAGEN SCIENCES |
| (u)RUBY LONDONO | (u)Red Hawk Funding | (u)Robert G Cheing |
| (u)Rosa Obando | (u)State Farm Insurance | (u)Teo Rondon |
| (u)Tropic Insurance ETI Financial Corp | (u)Ventory Beauty | End of Label Matrix<br>Mailable recipients    56<br>Bypassed recipients    26<br>Total                  82 |