UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:  
First Quality Laboratory Inc.,  
    Debtor.  
_____/

Case no.: 23-19831-PDR  
Subfive Chapter 11

## DEBTOR'S NOTICE OF FILING *AMENDED* THREE-YEAR PLAN OPERATING BUDGET AND DISTRIBUTIONS TO CREDITORS UNDER THE PLAN

First Quality Laboratory Inc., the debtor and debtor-in-possession (the "Debtor"), files its amended three-year plan operating budget and distributions to creditors under the plan in the above-referenced case, which amended the initial budget filed July July 11, 2024.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding was served on all parties entitled to receive notice under the Court's ECF system on July 16, 2024.

Counsel for the Debtor  
AM Law LLC  
10743 SW 104TH Street  
Miami, FL 33176  
305-441-9530  
Email: pleadings@amlaw-miami.com; gmm@amlaw-miami.com

*/s/ Gary Murphree*  
Gary M. Murphree, Esq.  
FBN 996475

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 228.98 | $ 228.98 | $ 228.98 | $ 228.98 | $ 228.98 | $ 228.98 | $ 245.01 | $ 245.01 | $ 245.01 | $ 245.01 | $ 245.01 | $ 245.01 | $ 7,985.81 |
| $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 29,543.25 |
| **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,225.04** | **$ 1,225.04** | **$ 1,225.04** | **$ 1,225.04** | **$ 1,225.04** | **$ 1,225.04** | **$ 37,529.06** |
| | | | | | | | | | | | | |
| $ 2,976.74 | $ 2,976.74 | $ 2,976.74 | $ 2,976.74 | $ 2,976.74 | $ 2,976.74 | $ 3,185.11 | $ 3,185.11 | $ 3,185.11 | $ 3,185.11 | $ 3,185.11 | $ 3,185.11 | $ 103,815.55 |
| $ 1,104.83 | $ 1,104.83 | $ 1,104.83 | $ 1,104.83 | $ 1,104.83 | $ 1,104.83 | $ 1,182.17 | $ 1,182.17 | $ 1,182.17 | $ 1,182.17 | $ 1,182.17 | $ 1,182.17 | $ 38,531.54 |
| $ 160.29 | $ 160.29 | $ 160.29 | $ 160.29 | $ 160.29 | $ 160.29 | $ 171.51 | $ 171.51 | $ 171.51 | $ 171.51 | $ 171.51 | $ 171.51 | $ 5,590.07 |
| $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 857.53 | $ 857.53 | $ 857.53 | $ 857.53 | $ 857.53 | $ 857.53 | $ 27,950.34 |
| $ 870.12 | $ 870.12 | $ 870.12 | $ 870.12 | $ 870.12 | $ 870.12 | $ 931.03 | $ 931.03 | $ 931.03 | $ 931.03 | $ 931.03 | $ 931.03 | $ 30,346.08 |
| **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** | **$ 6,327.35** | **$ 6,327.35** | **$ 6,327.35** | **$ 6,327.35** | **$ 6,327.35** | **$ 6,327.35** | **$ 206,233.58** |
| $ 151,258.59 | $ 151,258.59 | $ 151,258.59 | $ 151,258.59 | $ 151,258.59 | $ 151,258.59 | $ 162,601.29 | $ 161,881.46 | $ 171,074.24 | $ 162,280.51 | $ 162,501.23 | $ 162,737.39 | $ 5,257,256.89 |
| | | | | | | | | | | | | |
| $ 22,321.41 | $ 22,321.41 | $ 22,321.41 | $ 22,321.41 | $ 22,321.41 | $ 22,321.41 | $ 28,336.71 | $ 29,056.54 | $ 19,863.76 | $ 28,657.49 | $ 28,436.77 | $ 28,200.61 | $ 768,920.31 |
| | | | | | | | | | | | | |
| $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 78,000.00 |
| | | | | | | | | | | | | $ 2,000.00 |
| | | | | | | | | | | | | $ 20,000.00 |
| $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 174,488.54 |
| **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 274,488.54** |
| $ 15,321.41 | $ 15,321.41 | $ 15,321.41 | $ 15,321.41 | $ 15,321.41 | $ 15,321.41 | $ 21,336.71 | $ 22,056.54 | $ 12,863.76 | $ 21,657.49 | $ 21,436.77 | $ 21,200.61 | $ 384,431.77 |

| | |
|---|---|
| Total projected distributions to GUCs | $ 384,431.77 |
| Total GUCs | $1,000,000 |
| % Distribution | 38% |

| Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 20,570.00 | $ 20,570.00 | $ 20,570.00 | $ 20,570.00 | $ 20,570.00 | $ 20,570.00 | $ 22,627.00 | $ 22,627.00 | $ 22,627.00 | $ 22,627.00 | $ 22,627.00 | $ 22,627.00 | $ 709,002.00 |
| $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 60,500.00 | $ 60,500.00 | $ 60,500.00 | $ 60,500.00 | $ 60,500.00 | $ 60,500.00 | $ 1,788,000.00 |
| $ 84,700.00 | $ 84,700.00 | $ 84,700.00 | $ 84,700.00 | $ 84,700.00 | $ 84,700.00 | $ 93,170.00 | $ 93,170.00 | $ 93,170.00 | $ 93,170.00 | $ 93,170.00 | $ 93,170.00 | $ 2,918,159.20 |
| | | | | | | | | | | | | |
| $ 10,285.00 | $ 10,285.00 | $ 10,285.00 | $ 10,285.00 | $ 10,285.00 | $ 10,285.00 | $ 11,313.50 | $ 11,313.50 | $ 11,313.50 | $ 11,313.50 | $ 11,313.50 | $ 11,313.50 | $ 354,501.00 |
| $ 3,025.00 | $ 3,025.00 | $ 3,025.00 | $ 3,025.00 | $ 3,025.00 | $ 3,025.00 | $ 3,327.50 | $ 3,327.50 | $ 3,327.50 | $ 3,327.50 | $ 3,327.50 | $ 3,327.50 | $ 104,265.00 |
| $ 173,580.00 | $ 173,580.00 | $ 173,580.00 | $ 173,580.00 | $ 173,580.00 | $ 173,580.00 | $ 190,938.00 | $ 190,938.00 | $ 190,938.00 | $ 190,938.00 | $ 190,938.00 | $ 190,938.00 | $ 5,873,927.20 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 857.53 | $ 857.53 | $ 857.53 | $ 857.53 | $ 857.53 | $ 857.53 | $ 27,950.34 |
| $ 17,559.90 | $ 17,559.90 | $ 17,559.90 | $ 17,559.90 | $ 17,559.90 | $ 17,559.90 | $ 18,789.10 | $ 18,789.10 | $ 18,789.10 | $ 18,789.10 | $ 18,789.10 | $ 18,789.10 | $ 627,074.43 |
| $ 7,023.96 | $ 7,023.96 | $ 7,023.96 | $ 7,023.96 | $ 7,023.96 | $ 7,023.96 | $ 7,515.64 | $ 7,515.64 | $ 7,515.64 | $ 7,515.64 | $ 7,515.64 | $ 7,515.64 | $ 245,829.77 |
| $ 1,602.86 | $ 1,602.86 | $ 1,602.86 | $ 1,602.86 | $ 1,602.86 | $ 1,602.86 | $ 1,715.06 | $ 1,715.06 | $ 1,715.06 | $ 1,715.06 | $ 1,715.06 | $ 1,715.06 | $ 55,900.68 |
| $ 8,014.30 | $ 8,014.30 | $ 8,014.30 | $ 8,014.30 | $ 8,014.30 | $ 8,014.30 | $ 8,575.30 | $ 8,575.30 | $ 8,575.30 | $ 8,575.30 | $ 8,575.30 | $ 8,575.30 | $ 277,503.41 |
| $ 35,002.46 | $ 35,002.46 | $ 35,002.46 | $ 35,002.46 | $ 35,002.46 | $ 35,002.46 | $ 37,452.63 | $ 37,452.63 | $ 37,452.63 | $ 37,452.63 | $ 37,452.63 | $ 37,452.63 | $ 1,234,258.63 |
| | | | | | | | | | | | | |
| $ 535.00 | $ 535.00 | $ 535.00 | $ 535.00 | $ 535.00 | $ 535.00 | $ 572.45 | $ 572.45 | $ 572.45 | $ 572.45 | $ 572.45 | $ 572.45 | $ 17,054.70 |
| | | | | | | | | | | | | |
| $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 10,800.00 |
| $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 71,419.12 |
| $ 6,762.42 | $ 6,762.42 | $ 6,762.42 | $ 6,762.42 | $ 6,762.42 | $ 6,762.42 | $ 7,235.79 | $ 7,235.79 | $ 7,235.79 | $ 7,235.79 | $ 7,235.79 | $ 7,235.79 | $ 235,843.38 |
| $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 22,800.00 |
| $ 2,405.46 | $ 2,405.46 | $ 2,405.46 | $ 2,405.46 | $ 2,405.46 | $ 2,405.46 | $ 2,573.84 | $ 2,754.01 | $ 2,946.79 | $ 3,153.06 | $ 3,373.78 | $ 3,609.94 | $ 86,860.14 |
| | | | | | | $ 900.00 | | | | | | $ 2,100.00 |
| $ 12,267.88 | $ 12,267.88 | $ 12,267.88 | $ 12,267.88 | $ 12,267.88 | $ 12,267.88 | $ 14,009.63 | $ 13,289.80 | $ 13,482.58 | $ 13,688.85 | $ 13,909.57 | $ 14,145.73 | $ 429,822.63 |
| | | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | | |
| $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 31,943.25 |
| $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 980.03 | $ 31,943.25 |
| $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 160.00 | $ 160.00 | $ 160.00 | $ 160.00 | $ 160.00 | $ 160.00 | $ 5,220.00 |
| | | | | | | | | | | | | |
| $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 133,200.00 |
| | | | | | | | | | | | | $ 6,000.00 |
| $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 80,400.00 |
| $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 118,800.00 |
| $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 118,800.00 |
| $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 97,200.00 |
| $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 97,200.00 |
| $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 118,800.00 |
| $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 82,800.00 |
| $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 53,400.00 |
| $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 76,800.00 |
| $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 126,000.00 |
| $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 24,300.00 |
| $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 48,600.00 |
| $ 370.00 | $ 370.00 | $ 370.00 | $ 370.00 | $ 370.00 | $ 370.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 12,960.00 |
| $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 31,620.00 |
| $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 41,400.00 |
| $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 160,200.00 |
| $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 156,200.00 |
| $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 24,300.00 |
| $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 82,800.00 |
| $ 48,970.00 | $ 48,970.00 | $ 48,970.00 | $ 48,970.00 | $ 48,970.00 | $ 48,970.00 | $ 52,270.00 | $ 52,270.00 | $ 52,270.00 | $ 52,270.00 | $ 52,270.00 | $ 52,270.00 | $ 1,691,780.00 |
| | | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | | |
| $ 871.35 | $ 871.35 | $ 871.35 | $ 871.35 | $ 871.35 | $ 871.35 | $ 932.34 | $ 932.34 | $ 932.34 | $ 932.34 | $ 932.34 | $ 932.34 | $ 30,388.81 |
| $ 112.10 | $ 112.10 | $ 112.10 | $ 112.10 | $ 112.10 | $ 112.10 | $ 119.95 | $ 119.95 | $ 119.95 | $ 119.95 | $ 119.95 | $ 119.95 | $ 3,909.72 |
| $ 983.45 | $ 983.45 | $ 983.45 | $ 983.45 | $ 983.45 | $ 983.45 | $ 1,052.30 | $ 1,052.30 | $ 1,052.30 | $ 1,052.30 | $ 1,052.30 | $ 1,052.30 | $ 34,298.53 |
| | | | | | | | | | | | | |
| $ 2,289.80 | $ 2,289.80 | $ 2,289.80 | $ 2,289.80 | $ 2,289.80 | $ 2,289.80 | $ 2,450.09 | $ 2,450.09 | $ 2,450.09 | $ 2,450.09 | $ 2,450.09 | $ 2,450.09 | $ 79,858.12 |
| | | | | | | | | | | | | |
| $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 333,094.00 |
| $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 11,449.00 | $ 333,094.00 |
| $ 2,747.76 | $ 2,747.76 | $ 2,747.76 | $ 2,747.76 | $ 2,747.76 | $ 2,747.76 | $ 2,940.10 | $ 2,940.10 | $ 2,940.10 | $ 2,940.10 | $ 2,940.10 | $ 2,940.10 | $ 95,829.74 |
| | | | | | | | | | | | | $ 50,000.00 |
| $ 4,815.00 | $ 4,815.00 | $ 4,815.00 | $ 4,815.00 | $ 4,815.00 | $ 4,815.00 | $ 5,152.05 | $ 5,152.05 | $ 5,152.05 | $ 5,152.05 | $ 5,152.05 | $ 5,152.05 | $ 163,692.30 |
| $ 28,962.76 | $ 28,962.76 | $ 28,962.76 | $ 28,962.76 | $ 28,962.76 | $ 28,962.76 | $ 30,990.15 | $ 30,990.15 | $ 30,990.15 | $ 30,990.15 | $ 30,990.15 | $ 30,990.15 | $ 975,710.04 |
| | | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | | |
| $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 445,964.45 |
| $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 13,682.41 | $ 445,964.45 |
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,000.00 | $ 0.00 | $ 0.00 | $ 21,000.00 |
| | | | | | | | | | | | | |
| $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 46,583.90 |
| $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 1,429.22 | $ 46,583.90 |

| | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 18,700.00 | $ 18,700.00 | $ 18,700.00 | $ 18,700.00 | $ 18,700.00 | $ 18,700.00 | $ 20,570.00 | $ 20,570.00 | $ 20,570.00 | $ 20,570.00 | $ 20,570.00 |
| | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 |
| | $ 77,000.00 | $ 77,000.00 | $ 77,000.00 | $ 77,000.00 | $ 77,000.00 | $ 77,000.00 | $ 84,700.00 | $ 84,700.00 | $ 84,700.00 | $ 84,700.00 | $ 84,700.00 |
| | $ 9,350.00 | $ 9,350.00 | $ 9,350.00 | $ 9,350.00 | $ 9,350.00 | $ 9,350.00 | $ 10,285.00 | $ 10,285.00 | $ 10,285.00 | $ 10,285.00 | $ 10,285.00 |
| | $ 2,750.00 | $ 2,750.00 | $ 2,750.00 | $ 2,750.00 | $ 2,750.00 | $ 2,750.00 | $ 3,025.00 | $ 3,025.00 | $ 3,025.00 | $ 3,025.00 | $ 3,025.00 |
| | **$ 157,800.00** | **$ 157,800.00** | **$ 157,800.00** | **$ 157,800.00** | **$ 157,800.00** | **$ 157,800.00** | **$ 173,580.00** | **$ 173,580.00** | **$ 173,580.00** | **$ 173,580.00** | **$ 173,580.00** |
| | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 |
| | $ 16,411.13 | $ 16,411.13 | $ 16,411.13 | $ 16,411.13 | $ 16,411.13 | $ 16,411.13 | $ 17,559.90 | $ 17,559.90 | $ 17,559.90 | $ 17,559.90 | $ 17,559.90 |
| | $ 6,564.45 | $ 6,564.45 | $ 6,564.45 | $ 6,564.45 | $ 6,564.45 | $ 6,564.45 | $ 7,023.96 | $ 7,023.96 | $ 7,023.96 | $ 7,023.96 | $ 7,023.96 |
| | $ 1,498.00 | $ 1,498.00 | $ 1,498.00 | $ 1,498.00 | $ 1,498.00 | $ 1,498.00 | $ 1,602.86 | $ 1,602.86 | $ 1,602.86 | $ 1,602.86 | $ 1,602.86 |
| | $ 7,490.00 | $ 7,490.00 | $ 7,490.00 | $ 7,490.00 | $ 7,490.00 | $ 7,490.00 | $ 8,014.30 | $ 8,014.30 | $ 8,014.30 | $ 8,014.30 | $ 8,014.30 |
| | $ 32,712.58 | $ 32,712.58 | $ 32,712.58 | $ 32,712.58 | $ 32,712.58 | $ 32,712.58 | $ 35,002.46 | $ 35,002.46 | $ 35,002.46 | $ 35,002.46 | $ 35,002.46 |
| | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 535.00 | $ 535.00 | $ 535.00 | $ 535.00 | $ 535.00 |
| | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 |
| | $ 6,320.02 | $ 6,320.02 | $ 6,320.02 | $ 6,320.02 | $ 6,320.02 | $ 6,320.02 | $ 6,762.42 | $ 6,762.42 | $ 6,762.42 | $ 6,762.42 | $ 6,762.42 |
| | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| | $ 2,248.09 | $ 2,248.09 | $ 2,248.09 | $ 2,248.09 | $ 2,248.09 | $ 2,248.09 | $ 2,405.46 | $ 2,405.46 | $ 2,405.46 | $ 2,405.46 | $ 2,405.46 |
| | | | | | | | $ 700.00 | | | | |
| | **$ 11,368.11** | **$ 11,368.11** | **$ 11,368.11** | **$ 11,368.11** | **$ 11,368.11** | **$ 11,368.11** | **$ 12,967.88** | **$ 12,267.88** | **$ 12,267.88** | **$ 12,267.88** | **$ 12,267.88** |
| | $ 856.00 | $ 856.00 | $ 856.00 | $ 856.00 | $ 856.00 | $ 856.00 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 |
| | **$ 856.00** | **$ 856.00** | **$ 856.00** | **$ 856.00** | **$ 856.00** | **$ 856.00** | **$ 915.92** | **$ 915.92** | **$ 915.92** | **$ 915.92** | **$ 915.92** |
| | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 |
| | $ 2,150.00 | $ 2,150.00 | $ 2,150.00 | $ 2,150.00 | $ 2,150.00 | $ 2,150.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 | $ 2,300.00 |
| | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |
| | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |
| | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 |
| | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 |
| | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 |
| | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 370.00 | $ 370.00 | $ 370.00 | $ 370.00 | $ 370.00 |
| | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 |
| | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 |
| | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,300.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 |
| | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |
| | **$ 45,750.00** | **$ 45,750.00** | **$ 45,750.00** | **$ 45,750.00** | **$ 45,750.00** | **$ 45,750.00** | **$ 48,970.00** | **$ 48,970.00** | **$ 48,970.00** | **$ 48,970.00** | **$ 48,970.00** |
| | $ 814.34 | $ 814.34 | $ 814.34 | $ 814.34 | $ 814.34 | $ 814.34 | $ 871.35 | $ 871.35 | $ 871.35 | $ 871.35 | $ 871.35 |
| | $ 104.77 | $ 104.77 | $ 104.77 | $ 104.77 | $ 104.77 | $ 104.77 | $ 112.10 | $ 112.10 | $ 112.10 | $ 112.10 | $ 112.10 |
| | **$ 919.12** | **$ 919.12** | **$ 919.12** | **$ 919.12** | **$ 919.12** | **$ 919.12** | **$ 983.45** | **$ 983.45** | **$ 983.45** | **$ 983.45** | **$ 983.45** |
| | $ 2,140.00 | $ 2,140.00 | $ 2,140.00 | $ 2,140.00 | $ 2,140.00 | $ 2,140.00 | $ 2,289.80 | $ 2,289.80 | $ 2,289.80 | $ 2,289.80 | $ 2,289.80 |

| $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 | $ 10,700.00 |
| $ 2,568.00 | $ 2,568.00 | $ 2,568.00 | $ 2,568.00 | $ 2,568.00 | $ 2,568.00 | $ 2,747.76 | $ 2,747.76 | $ 2,747.76 | $ 2,747.76 | $ 2,747.76 |
| $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,815.00 | $ 4,815.00 | $ 4,815.00 | $ 4,815.00 | $ 4,815.00 |
| **$ 27,068.00** | **$ 27,068.00** | **$ 27,068.00** | **$ 27,068.00** | **$ 27,068.00** | **$ 27,068.00** | **$ 28,962.76** | **$ 28,962.76** | **$ 28,962.76** | **$ 28,962.76** | **$ 28,962.76** |
| | | | | | | | | | | |
| $ 11,950.74 | $ 11,950.74 | $ 11,950.74 | $ 11,950.74 | $ 11,950.74 | $ 11,950.74 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 | $ 12,787.30 |
| **$ 11,950.74** | **$ 11,950.74** | **$ 11,950.74** | **$ 11,950.74** | **$ 11,950.74** | **$ 11,950.74** | **$ 12,787.30** | **$ 12,787.30** | **$ 12,787.30** | **$ 12,787.30** | **$ 12,787.30** |
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 7,000.00 | $ 0.00 | $ 0.00 |
| $ 1,248.33 | $ 1,248.33 | $ 1,248.33 | $ 1,248.33 | $ 1,248.33 | $ 1,248.33 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 | $ 1,335.72 |
| **$ 1,248.33** | **$ 1,248.33** | **$ 1,248.33** | **$ 1,248.33** | **$ 1,248.33** | **$ 1,248.33** | **$ 1,335.72** | **$ 1,335.72** | **$ 1,335.72** | **$ 1,335.72** | **$ 1,335.72** |
| $ 214.00 | $ 214.00 | $ 214.00 | $ 214.00 | $ 214.00 | $ 214.00 | $ 228.98 | $ 228.98 | $ 228.98 | $ 228.98 | $ 228.98 |
| $ 856.00 | $ 856.00 | $ 856.00 | $ 856.00 | $ 856.00 | $ 856.00 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 | $ 915.92 |
| **$ 1,070.00** | **$ 1,070.00** | **$ 1,070.00** | **$ 1,070.00** | **$ 1,070.00** | **$ 1,070.00** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** | **$ 1,144.90** |
| $ 2,782.00 | $ 2,782.00 | $ 2,782.00 | $ 2,782.00 | $ 2,782.00 | $ 2,782.00 | $ 2,976.74 | $ 2,976.74 | $ 2,976.74 | $ 2,976.74 | $ 2,976.74 |
| $ 1,032.55 | $ 1,032.55 | $ 1,032.55 | $ 1,032.55 | $ 1,032.55 | $ 1,032.55 | $ 1,104.83 | $ 1,104.83 | $ 1,104.83 | $ 1,104.83 | $ 1,104.83 |
| $ 149.80 | $ 149.80 | $ 149.80 | $ 149.80 | $ 149.80 | $ 149.80 | $ 160.29 | $ 160.29 | $ 160.29 | $ 160.29 | $ 160.29 |
| $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 749.00 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 | $ 801.43 |
| $ 813.20 | $ 813.20 | $ 813.20 | $ 813.20 | $ 813.20 | $ 813.20 | $ 870.12 | $ 870.12 | $ 870.12 | $ 870.12 | $ 870.12 |
| **$ 5,526.55** | **$ 5,526.55** | **$ 5,526.55** | **$ 5,526.55** | **$ 5,526.55** | **$ 5,526.55** | **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** | **$ 5,913.41** |
| $ 141,249.43 | $ 141,249.43 | $ 141,249.43 | $ 141,249.43 | $ 141,249.43 | $ 141,249.43 | $ 151,958.59 | $ 151,258.59 | $ 158,258.59 | $ 151,258.59 | $ 151,258.59 |
| | | | | | | | | | | |
| $ 16,550.57 | $ 16,550.57 | $ 16,550.57 | $ 16,550.57 | $ 16,550.57 | $ 16,550.57 | $ 21,621.41 | $ 22,321.41 | $ 15,321.41 | $ 22,321.41 | $ 22,321.41 |
| | | | | | | | | | | |
| $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** | **$ 7,000.00** |
| $ 9,550.57 | $ 9,550.57 | $ 9,550.57 | $ 9,550.57 | $ 9,550.57 | $ 9,550.57 | $ 14,621.41 | $ 15,321.41 | $ 8,321.41 | $ 15,321.41 | $ 15,321.41 |

| | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medicare/Medicaid | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $18,700.00 | $18,700.00 | $18,700.00 | $18,700.00 | $18,700.00 | $18,700.00 |
| Medicare - new contract | $15,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 |
| Bill Account | $68,739.20 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $77,000.00 | $77,000.00 | $77,000.00 | $77,000.00 | $77,000.00 | $77,000.00 |
| Bill Account (Recoverable) | $25,375.00 | $25,375.00 | $25,375.00 | $25,375.00 | $25,375.00 | $25,375.00 | | | | | | |
| Private (Insurance) | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $9,350.00 | $9,350.00 | $9,350.00 | $9,350.00 | $9,350.00 | $9,350.00 |
| Walk in Patient | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 | $2,750.00 |
| investor equity contribution | $75,000.00 | | | | | | | | | | | |
| **Income** | $137,114.20 | $153,375.00 | $153,375.00 | $153,375.00 | $153,375.00 | $153,375.00 | $157,800.00 | $157,800.00 | $157,800.00 | $157,800.00 | $157,800.00 | $157,800.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | | | | |
| Computer Software Lab | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $749.00 | $749.00 | $749.00 | $749.00 | $749.00 | $749.00 |
| Reagents | $30,000.00 | $15,337.50 | $15,337.50 | $15,337.50 | $15,337.50 | $15,337.50 | $16,411.13 | $16,411.13 | $16,411.13 | $16,411.13 | $16,411.13 | $16,411.13 |
| Laboratory Supplies | $7,000.00 | $6,135.00 | $6,135.00 | $6,135.00 | $6,135.00 | $6,135.00 | $6,564.45 | $6,564.45 | $6,564.45 | $6,564.45 | $6,564.45 | $6,564.45 |
| Maintenance Lab Equipment hematology | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,498.00 | $1,498.00 | $1,498.00 | $1,498.00 | $1,498.00 | $1,498.00 |
| Equipment beckman | $5,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,490.00 | $7,490.00 | $7,490.00 | $7,490.00 | $7,490.00 | $7,490.00 |
| **Total Cost of Goods Sold** | $44,100.00 | $30,572.50 | $30,572.50 | $30,572.50 | $30,572.50 | $30,572.50 | $32,712.58 | $32,712.58 | $32,712.58 | $32,712.58 | $32,712.58 | $32,712.58 |
| **Expenses** | | | | | | | | | | | | |
| Advertising and Promotion | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Automobile Expense | | | | | | | | | | | | |
| GPS | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Gas | $1,603.19 | $1,603.19 | $1,603.19 | $1,603.19 | $1,603.19 | $1,603.19 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 |
| Lease | $5,906.56 | $5,906.56 | $5,906.56 | $5,906.56 | $5,906.56 | $5,906.56 | $6,320.02 | $6,320.02 | $6,320.02 | $6,320.02 | $6,320.02 | $6,320.02 |
| Parking and Tolls | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Insurance | $2,101.02 | $2,101.02 | $2,101.02 | $2,101.02 | $2,101.02 | $2,101.02 | $2,248.09 | $2,248.09 | $2,248.09 | $2,248.09 | $2,248.09 | $2,248.09 |
| Registration Renewal | | | | | | | $500.00 | | | | | |
| **Total Automobile Expense** | $10,410.77 | $10,410.77 | $10,410.77 | $10,410.77 | $10,410.77 | $10,410.77 | $11,868.11 | $11,368.11 | $11,368.11 | $11,368.11 | $11,368.11 | $11,368.11 |
| Bad Debts | | | | | | | | | | | | |
| Bank Service Charges | | | | | | | | | | | | |
| Bank Fee | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $856.00 | $856.00 | $856.00 | $856.00 | $856.00 | $856.00 |
| **Total Bank Service Charges** | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $856.00 | $856.00 | $856.00 | $856.00 | $856.00 | $856.00 |
| Dues and Subscriptions | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 |
| Independent Contractor | | | | | | | | | | | | |
| Bill Account | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 |
| Bill Account Assistant | | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | | | | | | |
| Consulting (Sergio Argueda) | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 |
| Customer service (Susana Ordaz) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 |
| Data Entry (1) (Edward Aleman) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 |
| Driver (1) (Luis Martinez) | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 |
| Driver (2) (Hassam ) | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 |
| Financial 1 ( Shirley Castrillo) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 |
| Financial 2 (Lili Castro) | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Laboratory Assistant () | | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Pathology (Romeo) | | | | $2,000.00 | $2,000.00 | $2,000.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Phlebotomy (1 ) (Marcial) | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 |
| Phlebotomy (2) (Clara Peña) | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 |
| Phlebotomy (3) (Yanara) | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Phlebotomy (4) (Alex) | $320.00 | $320.00 | $320.00 | $320.00 | $320.00 | $320.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Phlebotomy (5) (Janet) | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 |
| Phlebotomy (6) (Miguel) | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Technologists 1 (Priscilla Cordero) | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,300.00 | $4,300.00 | $4,300.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| Technologists 2 () | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,300.00 | $4,300.00 | $4,300.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| Technologists 3 (Diego Ponton) | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 |
| Commercial 1 | | | | | | | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 |
| **Total Independent Contractor** | $32,920.00 | $40,520.00 | $40,520.00 | $42,520.00 | $42,520.00 | $42,520.00 | $45,750.00 | $45,750.00 | $45,750.00 | $45,750.00 | $45,750.00 | $45,750.00 |
| Interest Expense | | | | | | | | | | | | |
| Insurance Expense - Lab | | | | | | | | | | | | |
| Liability Insurance | $761.07 | $761.07 | $761.07 | $761.07 | $761.07 | $761.07 | $814.34 | $814.34 | $814.34 | $814.34 | $814.34 | $814.34 |
| work compensation | $97.92 | $97.92 | $97.92 | $97.92 | $97.92 | $97.92 | $104.77 | $104.77 | $104.77 | $104.77 | $104.77 | $104.77 |
| **Total Insurance Expense - Lab** | $858.99 | $858.99 | $858.99 | $858.99 | $858.99 | $858.99 | $919.12 | $919.12 | $919.12 | $919.12 | $919.12 | $919.12 |
| Meals and Entertainment | | | | | | | | | | | | |
| Office Expenses | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,140.00 | $2,140.00 | $2,140.00 | $2,140.00 | $2,140.00 | $2,140.00 |
| Payroll | | | | | | | | | | | | |
| Fernanda Garcia (I) | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Maria Garcia (I) | | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Sales Rep 2 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,568.00 | $2,568.00 | $2,568.00 | $2,568.00 | $2,568.00 | $2,568.00 |
| Payroll Deferred | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 |
| Taxes | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **Total Payroll** | $10,066.67 | $10,066.67 | $18,066.67 | $18,066.67 | $18,066.67 | $18,066.67 | $31,234.67 | $31,234.67 | $31,234.67 | $31,234.67 | $31,234.67 | $31,234.67 |
| Sales & Comissions Expenses | | | | | | | | | | | | |
| Rent Expense | | | | | | | | | | | | |
| Rent - Lab | $11,168.92 | $11,168.92 | $11,168.92 | $11,168.92 | $11,168.92 | $11,168.92 | $11,950.74 | $11,950.74 | $11,950.74 | $11,950.74 | $11,950.74 | $11,950.74 |
| **Total Rent Expense** | $11,168.92 | $11,168.92 | $11,168.92 | $11,168.92 | $11,168.92 | $11,168.92 | $11,950.74 | $11,950.74 | $11,950.74 | $11,950.74 | $11,950.74 | $11,950.74 |
| Bioreference Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 |
| Permits and Licenses | | | | | | | | | | | | |
| Medical Licenses | $1,166.67 | $1,166.67 | $1,166.67 | $1,166.67 | $1,166.67 | $1,166.67 | $1,248.33 | $1,248.33 | $1,248.33 | $1,248.33 | $1,248.33 | $1,248.33 |
| **Total Permits and Licenses** | $1,166.67 | $1,166.67 | $1,166.67 | $1,166.67 | $1,166.67 | $1,166.67 | $1,248.33 | $1,248.33 | $1,248.33 | $1,248.33 | $1,248.33 | $1,248.33 |
| Repairs & Maintenance | | | | | | | | | | | | |
| IT Support | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $214.00 | $214.00 | $214.00 | $214.00 | $214.00 | $214.00 |
| Cleaning company | | | | $800.00 | $800.00 | $800.00 | $856.00 | $856.00 | $856.00 | $856.00 | $856.00 | $856.00 |
| **Total Repairs & Maintenance** | $200.00 | $200.00 | $200.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,070.00 | $1,070.00 | $1,070.00 | $1,070.00 | $1,070.00 | $1,070.00 |
| Utilities - Lab | | | | | | | | | | | | |
| Electricity (2) | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,782.00 | $2,782.00 | $2,782.00 | $2,782.00 | $2,782.00 | $2,782.00 |
| Culligan and hess | $965.00 | $965.00 | $965.00 | $965.00 | $965.00 | $965.00 | $1,032.55 | $1,032.55 | $1,032.55 | $1,032.55 | $1,032.55 | $1,032.55 |
| Fax | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $140.00 | $149.80 | $149.80 | $149.80 | $149.80 | $149.80 | $149.80 |
| Computer-Internet Expenses (Comcast) | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $749.00 | $749.00 | $749.00 | $749.00 | $749.00 | $749.00 |
| Telephone Expense (Tmobile) | $760.00 | $760.00 | $760.00 | $760.00 | $760.00 | $760.00 | $813.20 | $813.20 | $813.20 | $813.20 | $813.20 | $813.20 |
| **Total Utilities - Lab** | $5,165.00 | $5,165.00 | $5,165.00 | $5,165.00 | $5,165.00 | $5,165.00 | $5,526.55 | $5,526.55 | $5,526.55 | $5,526.55 | $5,526.55 | $5,526.55 |
| **Total Expenses** | $119,187.01 | $113,259.51 | $121,259.51 | $124,059.51 | $124,059.51 | $124,059.51 | $145,916.10 | $145,416.10 | $145,416.10 | $145,416.10 | $150,416.10 | $145,416.10 |

26 month plan projections         Page 5 of 6

| NET CASH FLOW | $ 17,927.19 | $ 40,115.49 | $ 32,115.49 | $ 29,315.49 | $ 29,315.49 | $ 29,315.49 | $ 11,883.90 | $ 12,383.90 | $ 12,383.90 | $ 12,383.90 | $ 7,383.90 | $ 12,383.90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payment under the plan** | | | | | | | | | | | | |
| TD Bank | $ 8,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Trust Fee | $ 2,000.00 | | | | | | | | | | | |
| Gary Legal | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | | |
| Payables Dec to May | | $ 25,000.00 | $ 25,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | | | | | | |
| Working Capital | $ 5,927.19 | $ 9,115.49 | $ 1,115.49 | $ 3,315.49 | $ 3,315.49 | $ 3,315.49 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 3,383.90 | $ 5,000.00 |
| **Total Payment Under the Plan** | **$ 17,927.19** | **$ 38,115.49** | **$ 30,115.49** | **$ 27,315.49** | **$ 27,315.49** | **$ 27,315.49** | **$ 9,000.00** | **$ 9,000.00** | **$ 9,000.00** | **$ 9,000.00** | **$ 5,383.90** | **$ 7,000.00** |
| Payments GUCs | $ 0.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,883.90 | $ 3,383.90 | $ 3,383.90 | $ 3,383.90 | $ 2,000.00 | $ 5,383.90 |