

ORDERED in the Southern District of Florida on September 26, 2024.



Peter D. Russin, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# BROWARD DIVISION

In re:                                                      Case No. 23-19831-PDR
                                                            Chapter 7
FIRST QUALITY LABORATORY, INC.

     Debtor.
_____/

### AGREED ORDER GRANTING SUBCHAPTER V TRUSTEE'S MOTION TO COMPEL THE DEBTOR'S COMPLIANCE WITH ORDER GRANTING SUBCHAPTER V TRUSTEE'S AGREED EX PARTE MOTION TO REQUIRE DEBTOR TO ESCROW SUBCHAPTER V TRUSTEE FEES AND EXPENSES

THIS CAUSE, having come before the Court, in Broward County, Florida upon the Motion of Soneet R. Kapila, Subchapter V Trustee to compel the Debtor to comply with the Agreed Order Granting Subchapter V Trustee's Agreed *Ex Parte* Motion to Require Debtor to Escrow Subchapter V Trustee Fees and Expenses [ECF 142], and the Court having noted the agreement between the parties, being otherwise advised, finds it appropriate to grant the relief requested.

Accordingly, it is hereby:

**ORDERED** that the Trustee's Motion is GRANTED.

1. The Debtor shall make all future escrow deposits of $1,000 per month into the Trustee's escrow account. Funds shall be paid by wire transfer or check payable to Soneet R. Kapila, Subchapter V Trustee Fee Escrow.

2. Further, the Debtor is directed to make all future payments in the same manner, and payment must be received by the Trustee's office by the 20th day of the month.

3. The hearing scheduled for October 10, 2024, at 2:00 PM is cancelled.

###

Submitted by:
Soneet R. Kapila, Subchapter V Trustee
PO Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

The Trustee shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).